Prescribed by State Board of Accounts

County Form 137B (Revised 2001)

## STATEMENT OF COSTS PAID ON TAX SALE PROPERTY

PARCEL / KEY NUMBER: _____

TAX SALE ID NUMBER: _____

Description of Property: _____

_____

_____

_____

I, _____, who purchased the following described tract or item of real property at a tax sale held by _____ County on _____, _____, have incurred and paid the following costs in compliance with the provisions of IC 6-1.1-25-4.5:

1.  Attorney's fees and costs of giving notice under
    IC 6-1.1-25-4.5                                                                   $_____

2.  Costs of Title Search or of examining and updating the abstract of title for the
    Real Property                                                                     $_____

3.  Subsequent taxes paid                                                             $_____

    Total Costs Incurred and Paid                                                     $_____

I hereby certify that the aforementioned costs are true and correct to the best of my knowledge and belief.

_____                    _____
Purchaser Signature                                                                    Date

**THE COSTS LISTED ABOVE SHALL BE PAID BY THE PERSON REDEEMING THE PROPERTY IN ACCORDANCE WITH IC 6-1.1-25-2.**

EXHIBIT A