UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOSHUA B. CRISSEN, individually and on behalf )
of all others similarly situated, )
 )
                      Plaintiff, )
v. ) 
 ) Case No. 2:12-cv-00355-JMS-WGH
VINOD C. GUPTA, )
SATYABALA V. GUPTA, and )
WIPER CORPORATION, )
 )
                      Defendants. )

## AFFIDAVIT OF SATYABALA V. GUPTA

COMES NOW Satyabala V. Gupta, and states:

1. I am an adult person of sound mind, and am competent to make this Affidavit.

2. I have personal knowledge of the facts and matters set forth herein.

3. I am, and have been since 1977, domiciled in and a resident of the State of Florida, and since 1995 have maintained an address in the State of Florida at 17962 Foxborough Lane, Boca Raton, Florida 33496-1321.

4. I have never been domiciled in, a resident of, or maintained an address in the State of Indiana.

5. I am not listed as the Buyer of any of the properties identified in Exhibit B to the Plaintiff's Class Action Complaint in the above-captioned action.

6. I did not, individually or through any agent, participate in or bid at any of the tax sales identified in Exhibit B to the Plaintiff's Class Action Complaint in the above-captioned action or purchase any of the properties identified in Exhibit B to the Plaintiff's Class Action Complaint in the above-captioned action.

7. I have never, individually or through any agent, participated in or bid at any tax sale in the State of Indiana or purchased any property at a tax sale in the State of Indiana.

8. I did not send any Notice of Redemption with respect to any of the properties identified in Exhibit B to the Plaintiff's Class Action Complaint in the above-captioned action.

9. I have never sent any Notice of Redemption with respect to any property in the State of Indiana.

10. I did not sign, mail or file any Form 137B with respect to any of the properties identified in Exhibit B to the Plaintiff's Class Action Complaint in the above-captioned action.

11. I have never signed, mailed or filed any Form 137B with respect to any property in the State of Indiana.

12. I am a minority shareholder and director of Wiper Corporation, a defendant in the above-captioned action, but am not now nor have I ever been an officer or employee of Wiper Corporation or been involved in its day-to-day management or operations or done any business in the State of Indiana as a representative of the corporation.

13. I do not now nor have I ever owned, used or possessed any real property or any interest in any real property in the State of Indiana, individually or through any agent.

14. I have never done any business in the State of Indiana, individually or through any agent.

15. I have not, individually or through any agent, regularly done or solicited any business or engaged in any other persistent course of conduct, or derived substantial revenue or benefit from goods, materials, or services used, consumed or rendered in the State of Indiana.

16. I have never, individually or through any agent, supplied or contracted to supply services rendered or to be rendered or goods or materials furnished or to be furnished in the State of Indiana.

17. I have never maintained a bank account in the State of Indiana.

18. I have never lived in the State of Indiana.

19. I have never been physically present in the State of Indiana.

20. I have never personally incurred or remitted any taxes in the State of Indiana.

21. I have never consented to being sued in the State of Indiana or waived my right to object to being sued in the State of Indiana.

22. I have never purposefully availed myself of the privilege of conducting activities in Indiana or otherwise invoked the benefits and protections of Indiana's laws.

I AFFIRM, UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING STATEMENTS ARE TRUE.

*Satyabala V. Gupta*
Satyabala V. Gupta

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2013, a copy of the foregoing Affidavit of Satyabala V. Gupta was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>John S. Sandberg
>Bhavik R. Patel
>SANDBERG PHOENIX & VONGONTARD, P.C.
>600 Washington Avenue, 15th Floor
>St. Louis, Missouri 63101
>Email: jsandberg@sandbergphoenix.com
>Email: bpatel@sandbergphoenix.com

>/s/ David J. Theising

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:  (317) 639-4511
Facsimile:  (317) 639-9565
Email: dtheising@harrisonmoberly.com

Counsel for Defendant Satyabala V. Gupta