UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>VINOD C. GUPTA,<br>SATYABALA V. GUPTA, and<br>WIPER CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:12-cv-00355-JMS-WGH<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' INITIAL DISCLOSURES**

  Defendants Vinod C. Gupta ("Mr. Gupta"), Satyabala V. Gupta ("Mrs. Gupta") and Wiper Corporation ("Wiper") (collectively, the "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 26(a)(1) hereby submit the following initial disclosures, subject to the fact that Defendants have not completed their investigation into the facts of this litigation and reserve the right to amend or supplement the same at later times with different or additional facts and information.

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of information.

  1. **Vinod C. Gupta**, c/o David J. Theising, Harrison & Moberly, LLP, 10 West Market Street, Suite 700, Indianapolis, Indiana 46204, telephone number (317) 639-4511. Mr. Gupta has information concerning the allegations in the Plaintiff's Class Action Complaint including, but not limited to, the involvement of himself and Wiper Corporation in the tax sales referenced in the Plaintiff's Class Action Complaint.

  2. **Satyabala V. Gupta**, c/o David J. Theising, Harrison & Moberly, LLP, 10 West Market Street, Suite 700, Indianapolis, Indiana 46204, telephone number (317)

639-4511.  Mrs. Gupta was not involved in the tax sales referenced in the Plaintiff's Class Action Complaint, and has knowledge of that fact.

3. **Vivek Gupta**, 17962 Foxborough Lane, Boca Raton, Florida 33496, telephone number (917) 686-4954.  Vivek Gupta has information concerning the allegations in the Plaintiff's Class Action Complaint including, but not limited to, his role as counsel for Mr. Gupta and Wiper in the tax sales referenced in the Plaintiff's Class Action Complaint.

4. **Lewis Maudlin**, 53 Court House Square, Salem, Indiana 47167, telephone number (812) 883-3030.  Lewis Maudlin has information concerning the allegations in the Plaintiff's Class Action Complaint including, but not limited to, his role as counsel for Mr. Gupta and Wiper Corporation in the tax sales referenced in the Plaintiff's Class Action Complaint.

5. **Barrett Rochman**, 31 Homewood Drive, Carbondale, Illinois 62902, telephone number (618) 529-3513.  Barrett Rochman, a competitor of Mr. Gupta in the tax sale business, has information concerning threats he made to cause an action such as the instant action to be commenced against Mr. Gupta.  Barrett Rochman also has information concerning the tax sales referenced in the Plaintiff's Class Action Complaint and the tax sale process in Indiana.

6. **Jesse Barrett Rochman**, 31 Homewood Drive, Carbondale, Illinois 62902, telephone number (618) 529-3513.  Jesse Barrett Rochman is the son of Barrett Rochman, and one of the attorneys in the law firm of Sandberg Phoenix & von Gontard PC who filed the Plaintiff's Class Action Complaint in the instant lawsuit against Mr. and Mrs. Gupta and Wiper and also filed an identical Class Action Complaint on February 22, 2011 in a lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW on behalf of James Bowen against another competitor of Barrett Rochman in the tax sale business, William E. Groome, and his wife Vicki L. Groome.  Jesse Barrett Rochman is believed to have information including, but not limited to, the filing of the Class Action Complaint in the both actions and the involvement of Barrett Rochman in same.

7. **James Bowen**, Laconia, Indiana.  James Bowen was the nominal plaintiff named in a Class Action Complaint identical to the Plaintiff's Class Action Complaint in the instant action filed by the law firm of Sandberg Phoenix & von Gontard PC, the same law firm who represents the Plaintiff in the instant action, filed February 22, 2011 in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW against William and Vicki Groome.  James Bowen has information including, but not limited to, the involvement of Barrett Rochman in that lawsuit brought by the law firm of Sandberg Phoenix & Von Gontard PC who represents the nominal Plaintiff in the instant action.

8. **William E. Groome**, Xerin, Illinois 62889, telephone number (618) 835-2726. William E. Groome was a defendant named in a Class Action Complaint identical to the Plaintiff's Class Action Complaint in the instant action filed February 22, 2011 against him and his wife Vicki L. Groome by James Bowen, who was represented by the law firm of Sandberg Phoenix & Von Gontard PC, the same law firm who represents the nominal Plaintiff in the instant action, in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW. William E. Groome is a competitor of Barrett Rochman in the tax sale business, and has information concerning the tax sales referenced in the Plaintiff's Class Action Complaint and the tax sale process in Indiana. William E. Groome also has information concerning the involvement of Barrett Rochman in filing said identical Class Action Complaint against him.

9. **Vicki L. Groome**, Xerin, Illinois 62889, telephone number (618) 835-2726. Vicki L. Groome is the wife of William E. Groome, and named as a co-defendant in a Class Action Complaint identical to the Plaintiff's Class Action Complaint in the instant action filed February 22, 2011 by the law firm of Sandberg Phoenix & Von Gontard PC, the same law firm who represents the nominal Plaintiff in the instant action, on behalf of James Bowen in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW. Vicki L. Groome is believed to have information concerning the involvement of Barrett Rochman in filing said identical Class Action Complaint against her.

10. **Joshua B. Crissen**, Bloomfield, Indiana. Joshua B. Crissen is the nominal Plaintiff named in the Plaintiff's Class Action Complaint in the instant action. Joshua Crissen should have discoverable information concerning the allegations in Plaintiff's Class Action Complaint in this action.

11. **Linda K. Crissen**, Bloomfield, Indiana. Linda K. Crissen is the wife of Joshua B. Crissen, the nominal Plaintiff named in the Plaintiff's Class Action Complaint in the instant action and the owner as tenant by the entireties with Joshua B. Crissen of the real estate that is the subject of the Plaintiff's Class Action Complaint.

12. **Plaintiff's attorneys.** Plaintiff's attorneys, including John S. Sandberg and Bhavik R. Patel, Sandberg Phoenix & von Gontard PC, 600 Washington Avenue, 15th Floor, St. Louis, Missouri 63101-1880, telephone number (314) 231-3332, have information concerning the allegations in the Plaintiff's Class Action Complaint including, but not limited to, their involvement as counsel for the Plaintiff in the instant action and the nominal plaintiff named in an identical Class Action Complaint filed February 22, 2011 by said law firm on behalf of James Bowen against William E. Groome and Vicki L. Groome in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

13. **SRI, Inc.**, and its representatives, 8082 Bash Road, Indianapolis, Indiana 46250, telephone number (317) 842-5818. SRI, Inc. conducts tax sales on a contract basis for most of the counties in the State of Indiana and has discoverable information regarding those tax sales and the tax sales referenced in the Plaintiff's Class Action Complaint.

14. This case is in its preliminary stages and the Defendants have not yet undertaken any discovery in this matter. Accordingly, the Defendants reserve the right to amend or supplement these disclosures with different or additional persons and information necessary to establish the facts that may be alleged in any pleading in this action or to rebut any testimony provided by witnesses for the Plaintiff.

B. A copy of, or description by category and location of, all documents, data compilations, and tangible things that re in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

1. All Notices sent on behalf of Mr. Gupta or Wiper pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

2. All Forms 137B submitted by Mr. Gupta or Wiper pursuant to Ind. Code § 6-1.1-25-2(e) for any property that is the subject of the Plaintiff's Class Action Complaint in this action.

3. All paid invoices to Mr. Gupta or Wiper for Title Costs and Notify Costs for any property that is the subject of the Plaintiff's Class Action Complaint in this action.

4. All Tax Sale Lists for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

5. All pleadings and other papers filed in any of the tax sale proceedings that are the subject of the Plaintiff's Class Action Complaint.

6. All correspondence between Mr. Gupta or Wiper with the counties, courts and parties involved in any of the tax sales that are the subject of this action.

7. All certified mail receipts for Notices sent on behalf of Mr. Gupta or Wiper pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

8. All returned envelopes containing Notices sent on behalf of Mr. Gupta or Wiper pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

9. This case is in its preliminary stages and the Defendants have not yet undertaken any discovery in this matter. Accordingly, the Defendants reserve the right to amend or supplement these disclosures with different or additional documents, data compilations or tangible things necessary to establish the facts that may be alleged in any pleading in this action or to rebut any evidence presented by the Plaintiff.

C. A computation of any category of damages claims by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injury suffered.

Defendants have asserted no claims in this action.

D. For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None.

HARRISON & MOBERLY, LLP

*/s/ David J. Theising*
David J. Theising
Stephen E. Arthur
Marc A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email:  dtheising@harrisonmoberly.com
Email:  sarthur@harrisonmoberly.com
Email:  mstearns@harrisonmoberly.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on the 1st day of May, 2013, a copy of the foregoing Defendants' Initial Disclosures was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    John S. Sandberg
    Bhavik R. Patel
    SANDBERG PHOENIX & VON GONTARD, P.C.
    600 Washington Avenue, 15th Floor
    St. Louis, Missouri  63101
    Email:  jsandberg@sandbergphoenix.com
    Email:  bpatel@sandbergphoenix.com


        */s/ David J. Theising*


David J. Theising
Stephen E. Arthur
Marc A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants