UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|    *vs.* | ) | 2:12-cv-00355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, and | ) | |
| WIPER CORPORATION, | ) | |
|     *Defendants*. | ) | |

## **PROTECTIVE ORDER**

On May 22, 2013, Defendants Vinod Gupta, Satyabala Gupta, and Wiper Corporation filed an Emergency Motion to Quash Non-Party Subpoena Directed at Banco Popular North America ("Banco Popular") and for Protective Order. [Dkt. 36.] The Court has reviewed the motion and notes that only the United States District Court for the Southern District of New York – as the court that issued the subpoena to Banco Popular that is the subject of Defendants' motion – can quash the subpoena. In the meantime, the Court issues the following Protective Order:

- Banco Popular's obligation to respond to the subpoena at issue, [dkt. 37-2], is **STAYED** pending further order of Court;

- Plaintiff Joshua Crissen is **ORDERED** to immediately inform Banco Popular that its obligation to respond to the subpoena is stayed; and

- If Banco Popular inadvertently responds to the subpoena, neither Mr. Crissen nor his counsel may review any documents produced by Banco Popular and must tender those documents to the Court *in camera*.

The Emergency Motion, [dkt. 36], remains pending subject to further merits ruling by Magistrate Judge Hussman, who is familiar with the background of this particular discovery dispute.

1

05/23/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only</u>:**

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@harrisonmoberly.com

Bhavik R. Patel
SANDBERG PHOENIX & VON GONTARD, P.C.
bpatel@sandbergphoenix.com

John S. Sandberg
SANDBERG PHOENIX & VON GONTARD PC
jsandberg@sandbergphoenix.com

Marc Allen William Stearns
HARRISON & MOBERLY
mstearns@harrisonmoberly.com

David J. Theising
HARRISON & MOBERLY
dtheising@harrisonmoberly.com