UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> Granted in part and denied in part. Banco Popular North America shall produce all items called for in the subpoena except: Financial Statements, Loan or Letter of Credit Applications and Personal Income Tax Returns.  Formal explanation for ruling will follow.
>
> _William G. Hussmann, Jr._
> United States Magistrate Judge
> Southern District of Indiana
>
> Date: 06/04/2013

JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, )
)
Plaintiff, )
v. )
) Case No.  2:12-cv-00355-JMS-WGH
VINOD C. GUPTA, )
SATYABALA V. GUPTA, and )
WIPER CORPORATION, )
)
Defendants. )

## DEFENDANTS' EMERGENCY MOTION TO QUASH NON-PARTY SUBPOENA DIRECTED AT BANCO POPULAR NORTH AMERICA AND FOR PROTECTIVE ORDER

The Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation (collectively referred to as the "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 45(c)(3), respectfully move the Court for an Order quashing the non-party *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of the Premises in a Civil Action* ("Subpoena") served by the Plaintiff Joshua B. Crissen ("Crissen"), and directed to Banco Popular North America ("BPNA").  The Defendants file their *Brief in Support of Defendant's Emergency Motion to Quash Non-Party Subpoena Directed at Banco Popular North American and For Protective Order* ("Brief") contemporaneously herein.  In support of their Motion, the Defendants state the following:

1. On April 16, 2013, Crissen served a *Notice of Issuance of Subpoenas* ("Notice"), which included a copy of the Subpoena, on the Defendants pursuant to Fed. R. Civ. P. 45(b).[1]

---
[1] A copy of the Notice is attached to the Brief as <u>Exhibit 1</u>.