UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VINOD C. GUPTA, SATYABALA V. GUPTA, and WIPER CORPORATION, <br><br> Defendants. | Cause No. 2:12-cv-00355-JMS-WGH |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COMES Plaintiff and pursuant to Rule 26(c) requests the Court enter the attached Protective Order.

SANDBERG PHOENIX & von GONTARD P.C.

By:  /s/John S. Sandberg
      John S. Sandberg
      Bhavik R. Patel
      Jesse B. Rochman
      600 Washington Avenue - 15th Floor
      St. Louis, MO 63101-1313
      314-231-3332
      314-241-7604 (Fax)
      jsandberg@sandbergphoenix.com
      bpatel@sandbergphoenix.com
      jrochman@sandbergphoenix.com

*Attorneys for Plaintiff*

4333920.1

## Certificate of Service

I hereby certify that on the 17th day of June, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Stephen E. Arthur
David J. Theising
Marc A.W. Stearns
Harrison & Moberly, LLP
sarthur@harrisonmoberly.com
dtheising@harrisonmoberly.com
mstearns@harrisonmoberly.com

/s/John S. Sandberg