UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) v. ) ) VINOD C. GUPTA and ) WIPER CORPORATION, ) ) Defendants. ) | Case No. 2:12-cv-00355-JMS-WGH |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S CLASS ACTION COMPLAINT**

The Defendants Vinod C. Gupta ("Gupta") and Wiper Corporation ("Wiper"), by counsel, by way of Answer to the Class Action Complaint (the "Complaint") of the Plaintiff Joshua B. Crissen ("Crissen"), allege and say that:

Nature of Action

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 1 of Plaintiff's Complaint.

2. Defendants deny the allegations contained in rhetorical paragraph 2 of Plaintiff's Complaint.

Jurisdiction and Venue

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 3 of Plaintiff's Complaint.

4. Defendants deny the allegations contained in rhetorical paragraph 4 of Plaintiff's Complaint.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 5 of Plaintiff's Complaint.

## The Parties

6. Defendants admit that some property once owned partly by Plaintiff and purchased at a tax sale by Gupta was redeemed, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in rhetorical paragraph 6 of Plaintiff's Complaint.

7. Defendants admit the allegations contained in rhetorical paragraph 7 of Plaintiff's Complaint.

8. Defendants admit that Satyabala V. Gupta is an individual residing on Boca Raton, Florida and is Gupta's wife, and deny the remaining allegations contained in rhetorical paragraph 8 of Plaintiff's Complaint.

9. Defendant's admit that Wiper Corporation is a Florida corporation with its principal place of business at 17962 Foxborough Lane, Boca Raton, Florida 33496, that Wiper Corp.'s registered agent in Indiana is located at 120 East Market Street, Indianapolis, Indiana 46204, and that Gupta and Satyabala V. Gupta are the only directors of Wiper Corp., and deny the remaining allegations contained in rhetorical paragraph 9 of Plaintiff's Complaint.

## Tax Sale Process

10. Defendants admit the allegations contained in rhetorical paragraph 10 of Plaintiff's Complaint.

11. Defendants deny the allegations contained in rhetorical paragraph 11 of Plaintiff's Complaint.

12. Defendants admit that the publication gives notice that the county auditor and county treasurer will apply for court judgments against delinquent real estate and orders to sell those judgments at public auction, and deny the remaining allegations contained in rhetorical paragraph 12 of Plaintiff's Complaint.

13. Because no time frame is referenced in rhetorical paragraph 13 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 13.

14. Defendants admit the allegations contained in rhetorical paragraph 14 of Plaintiff's Complaint.

15. Because no time frame is referenced in rhetorical paragraph 15 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 15.

16. Because no time frame is referenced in rhetorical paragraph 16 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 16.

17. Defendants admit the allegations contained in rhetorical paragraph 17 of Plaintiff's Complaint.

18. Defendants admit the allegations contained in rhetorical paragraph 18 of Plaintiff's Complaint.

19. Defendants admit the allegations contained in rhetorical paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations contained in rhetorical paragraph 20 of Plaintiff's Complaint.

21. Defendants deny the allegations contained in rhetorical paragraph 21 of Plaintiff's Complaint.

22. Defendants admit the allegations contained in rhetorical paragraph 22 of Plaintiff's Complaint.

23. Defendants admit the allegations contained in rhetorical paragraph 23 of Plaintiff's Complaint.

24. Defendants admit the allegations contained in rhetorical paragraph 24 of Plaintiff's Complaint.

25. Because no time frame is referenced in rhetorical paragraph 25 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 25.

26. Defendants admit the allegations contained in rhetorical paragraph 26 of Plaintiff's Complaint.

27. Defendants admit the allegations contained in rhetorical paragraph 27 of Plaintiff's Complaint.

28. Defendants deny the allegations contained in rhetorical paragraph 28 of Plaintiff's Complaint.

### Plaintiff's Property

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 29 of Plaintiff's Complaint.

30. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit the remaining allegations contained in rhetorical paragraph 30 of Plaintiff's Complaint.

31. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit the remaining allegations contained in rhetorical paragraph 31 of Plaintiff's Complaint.

32. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit the remaining allegations contained in rhetorical paragraph 32 of Plaintiff's Complaint.

33. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit the remaining allegations contained in rhetorical paragraph 33 of Plaintiff's Complaint.

34. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit the remaining allegations contained in rhetorical paragraph 34 of Plaintiff's Complaint.

35. Because no time frame is referenced in rhetorical paragraph 35 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 35 of Plaintiff's Complaint.

36. Defendants deny that Plaintiff was the sole owner of Plaintiff's property, and admit that Plaintiff's Property was redeemed for the Redemption Amount of $3,027.04, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in rhetorical paragraph 36 of Plaintiff's Complaint.

<u>Scheme to Defraud</u>

37. Defendants deny the allegations contained in rhetorical paragraph 37 of Plaintiff's Complaint.

38. Defendants deny the allegations contained in rhetorical paragraph 38 of Plaintiff's Complaint.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 39 of Plaintiff's Complaint.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 40 of Plaintiff's Complaint.

41. Defendants deny the allegations contained in rhetorical paragraph 41 of Plaintiff's Complaint.

42. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 42 of Plaintiff's Complaint.

43. Defendants deny the allegations contained in rhetorical paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the allegations contained in rhetorical paragraph 44 of Plaintiff's Complaint.

45. Defendants deny the allegations contained in rhetorical paragraph 45 of Plaintiff's Complaint.

46. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 46 of Plaintiff's Complaint.

47. Defendants deny the allegations contained in rhetorical paragraph 47 of Plaintiff's Complaint.

48. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 48 of Plaintiff's Complaint.

49. Defendants deny the allegations contained in rhetorical paragraph 49 of Plaintiff's Complaint.

50. Defendants deny the allegations contained in rhetorical paragraph 50 of Plaintiff's Complaint.

51. Defendants deny the allegations contained in rhetorical paragraph 51 of Plaintiff's Complaint.

## Class Allegations

52. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 52 of Plaintiff's Complaint.

53. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 53 of Plaintiff's Complaint.

54. Defendants deny the allegations contained in rhetorical paragraph 54 of Plaintiff's Complaint.

55. Defendants deny the allegations contained in rhetorical paragraph 55 of Plaintiff's Complaint.

56. Defendants deny the allegations contained in rhetorical paragraph 56 of Plaintiff's Complaint.

57. Defendants deny the allegations contained in rhetorical paragraph 57 of Plaintiff's Complaint.

58. Defendants deny the allegations contained in rhetorical paragraph 58 of Plaintiff's Complaint.

59. Defendants deny the allegations contained in rhetorical paragraph 59 of Plaintiff's Complaint.

## Count I – Substantive Racketeering Under Federal Rico

60. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 61 of Plaintiff's Complaint.

62. Defendants deny the allegations contained in rhetorical paragraph 62 of Plaintiff's Complaint.

63. Defendants deny the allegations contained in rhetorical paragraph 63 of Plaintiff's Complaint.

64. Defendants deny the allegations contained in rhetorical paragraph 64 of Plaintiff's Complaint.

65. Defendants deny the allegations contained in rhetorical paragraph 65 of Plaintiff's Complaint.

66. Defendants deny the allegations contained in rhetorical paragraph 66 of Plaintiff's Complaint.

67. Defendants deny the allegations contained in rhetorical paragraph 67 of Plaintiff's Complaint.

68. Defendants deny the allegations contained in rhetorical paragraph 68 of Plaintiff's Complaint.

69. Defendants deny the allegations contained in rhetorical paragraph 69 of Plaintiff's Complaint.

70. Defendants deny the allegations contained in rhetorical paragraph 70 of Plaintiff's Complaint.

71. Defendants deny the allegations contained in rhetorical paragraph 71 of Plaintiff's Complaint.

72. Defendants deny the allegations contained in rhetorical paragraph 72 of Plaintiff's Complaint.

73. Defendants deny the allegations contained in rhetorical paragraph 73 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

<u>Count II - Racketeering Conspiracy Under Federal Rico</u>

74. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

75. Defendants deny the allegations contained in rhetorical paragraph 75 of Plaintiff's Complaint.

76. Defendants deny the allegations contained in rhetorical paragraph 76 of Plaintiff's Complaint.

77. Defendants deny the allegations contained in rhetorical paragraph 77 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

## Count III – Substantive Racketeering Under Indiana Rico

78. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

79. Defendants deny the allegations contained in rhetorical paragraph 79 of Plaintiff's Complaint.

80. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 80 of Plaintiff's Complaint.

81. Defendants deny the allegations contained in rhetorical paragraph 81 of Plaintiff's Complaint.

82. Defendants deny the allegations contained in rhetorical paragraph 82 of Plaintiff's Complaint.

83. Defendants deny the allegations contained in rhetorical paragraph 83 of Plaintiff's Complaint.

84. Defendants deny the allegations contained in rhetorical paragraph 84 of Plaintiff's Complaint.

85. Defendants deny the allegations contained in rhetorical paragraph 85 of Plaintiff's Complaint.

86. Defendants deny the allegations contained in rhetorical paragraph 86 of Plaintiff's Complaint.

87. Defendants deny the allegations contained in rhetorical paragraph 87 of Plaintiff's Complaint.

88. Defendants deny the allegations contained in rhetorical paragraph 88 of Plaintiff's Complaint.

89. Defendants deny the allegations contained in rhetorical paragraph 89 of Plaintiff's Complaint.

90. Defendants deny the allegations contained in rhetorical paragraph 90 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

### Count IV – Racketeering Conspiracy Under Indiana Rico

91. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

92. Defendants deny the allegations contained in rhetorical paragraph 92 of Plaintiff's Complaint.

93. Defendants deny the allegations contained in rhetorical paragraph 93 of Plaintiff's Complaint.

94. Defendants deny the allegations contained in rhetorical paragraph 94 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

### Count V – Relief Under The Crime Victims Act

95. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

96. Defendants deny the allegations contained in rhetorical paragraph 96 of Plaintiff's Complaint.

97. Defendants deny the allegations contained in rhetorical paragraph 97 of Plaintiff's Complaint.

98. Defendants deny the allegations contained in rhetorical paragraph 98 of Plaintiff's Complaint.

99. Defendants deny the allegations contained in rhetorical paragraph 99 of Plaintiff's Complaint.

100. Defendants deny the allegations contained in rhetorical paragraph 100 of Plaintiff's Complaint.

101. Defendants deny the allegations contained in rhetorical paragraph 101 of Plaintiff's Complaint.

102. Defendants deny the allegations contained in rhetorical paragraph 102 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

## Count VI - Fraud

103. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

104. Defendants deny the allegations contained in rhetorical paragraph 104 of Plaintiff's Complaint.

105. Defendants deny the allegations contained in rhetorical paragraph 105 of Plaintiff's Complaint.

106. Defendants deny the allegations contained in rhetorical paragraph 106 of Plaintiff's Complaint.

107. Defendants deny the allegations contained in rhetorical paragraph 107 of Plaintiff's Complaint.

108. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph 108 of Plaintiff's Complaint.

109. Defendants deny the allegations contained in rhetorical paragraph 109 of Plaintiff's Complaint.

110. Defendants deny the allegations contained in rhetorical paragraph 110 of Plaintiff's Complaint.

111. Defendants deny the allegations contained in rhetorical paragraph 111 of Plaintiff's Complaint.

112. Defendants deny the allegations contained in rhetorical paragraph 112 of Plaintiff's Complaint.

113. Defendants deny the allegations contained in rhetorical paragraph 113 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

### Count VII – Money Had and Received

114. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

115. Defendants deny the allegations contained in rhetorical paragraph 115 of Plaintiff's Complaint.

116. Defendants deny the allegations contained in rhetorical paragraph 116 of Plaintiff's Complaint.

117. Defendants deny the allegations contained in rhetorical paragraph 117 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

### Count VIII – Unjust Enrichment

118. Defendants adopt and incorporate by reference as though fully set forth herein their Answers to all previous paragraphs of Plaintiff's Complaint.

119. Defendants deny the allegations contained in rhetorical paragraph 119 of Plaintiff's Complaint.

120. Defendants deny the allegations contained in rhetorical paragraph 120 of Plaintiff's Complaint.

121. Defendants deny the allegations contained in rhetorical paragraph 121 of Plaintiff's Complaint.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

### **Affirmative Defenses**

The Defendants Gupta and Wiper, by counsel, by way of Affirmative Defenses to the Plaintiff's Class Action Complaint, allege and say that:

1. This Court lacks jurisdiction over this action.

2. The Plaintiff's Complaint, and each Count thereof, fails to state a claim upon which relief can be granted.

3. Plaintiff's Complaint, and each Count thereof, fails to state a claim on behalf of putative class members upon which relief can be granted.

4. Plaintiff's Complaint, and each Count thereof, fails to state with particularity the circumstances constituting fraud.

5. Counts I, II, III and IV of Plaintiff's Complaint fail to adequately allege the elements of a RICO claim.

6. Counts I, II, III and IV of Plaintiff's Complaint fail to state RICO claims upon which relief can be granted.

7. Counts I, II, III, IV and V of Plaintiff's Complaint fail to state a claim for treble damages and punitive damages upon which relief can be granted.

8. Counts VI, VII and VIII of Plaintiff's Complaint fail to state a claim for treble damages, punitive damages and attorneys' fees upon which relief can be granted.

9. The claims asserted on behalf of certain putative class members in Plaintiff's Complaint, and each Count thereof, are barred by applicable statutes of limitation.

10. The claims asserted on behalf of Plaintiff and certain putative class members in Plaintiff's Complaint, and each Count thereof, are barred by the doctrine of laches.

11. The claims asserted on behalf of Plaintiff and certain putative class members in Plaintiff's Complaint, and each Count thereof, are barred because they have been waived.

12. The claims asserted on behalf of Plaintiff and certain putative class members in Plaintiff's Complaint, and each Count thereof, are barred by estoppel.

13. The Plaintiff has failed to join an indispensable party under Fed. R. Civ. P. 19.

14. Defendants reserve the right to raise and assert different or additional affirmative defenses after discovery.

WHEREFORE, the Defendants respectfully pray that this action not be certified as a class action, that the Plaintiff and any class members recover nothing under Plaintiff's Complaint, that costs be assessed against the Plaintiff, and for all just and proper relief in the premises.

        HARRISON & MOBERLY, LLP

        */s/ David J. Theising*
        David J. Theising
        Stephen E. Arthur
        Marc A.W. Stearns
        HARRISON & MOBERLY, LLP
        10 West Market Street, Suite 700
        Indianapolis, Indiana  46204
        Telephone:    (317) 639-4511
        Facsimile:      (317) 639-9565
        Email: dtheising@harrisonmoberly.com
               sarthur@harrisonmoberly.com
               mstearns@harrisonmoberly.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on the 24th day of June, 2013, a copy of the foregoing *Defendants' Answer and Affirmative Defenses to Plaintiff's Class Action Complaint* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        John S. Sandberg
        Bhavik R. Patel
        SANDBERG PHOENIX & VONGONTARD, P.C.
        600 Washington Avenue, 15th Floor
        St. Louis, Missouri  63101
        Email: jsandberg@sandbergphoenix.com
        Email: bpatel@sandbergphoenix.com

        */s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:	(317) 639-4511
Facsimile:	(317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants