UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOSHUA B. CRISSEN,               )
                                 )
            Plaintiff,           )
                                 )
       v.                        )     2:12-cv-355-JMS-WGH
                                 )
VINOD C. GUPTA and               )
WIPER CORPORATION,               )
                                 )
            Defendants.          )

# MAGISTRATE JUDGE'S ORDER ON
# ATTORNEY CONFERENCE CALL

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on June 17, 2013, for an unscheduled attorney conference call regarding discovery. Plaintiff was represented by counsel, John S. Sandberg. Defendants were represented by counsel, David J. Theising and Stephen E. Arthur.

Thereupon the following **ORDERS** are entered:

1. The Magistrate Judge compared proposed protective orders and directed counsel for Plaintiff to file their proposed protective order, which the court will sign and enter on the docket

2. The Magistrate Judge declines at this time to order the Defendants to produce documents in any manner other than that which they have been produced to date.

3. With respect to the Defendants' email account, there are no further orders to produce additional emails at this time, based on the Defendants' representation that they have contacted their email carrier, have been advised that the account has been "hacked," and that further emails are not available to be retrieved. The court may reconsider this decision, if a further deposition should provide these facts to be inaccurate.

4. With respect to whether Defendants have produced all items which support certain costs as requested by Plaintiff, the Magistrate Judge concludes that the request for production of those documents is relevant. There has been no argument that the production of those items would be unduly burdensome. To the extent the Defendants have withheld 106 pages of records awaiting the court's order with respect to the Subpoena to Banco Popular North America, those items should be produced promptly.

No further orders are entered.

**SO ORDERED.**

Dated: June 24, 2013

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**