UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>VINOD C. GUPTA and<br>WIPER CORPORATION,<br><br>                   Defendants. | Case No. 2:12-cv-00355-JMS-WGH |

### **DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

The Defendants Vinod C. Gupta and Wiper Corporation, by counsel, submit the following preliminary list of witnesses whom they may call to testify and exhibits which they may use or introduce at the trial of the above-captioned action:

### **Witnesses**

1. Vinod C. Gupta.
2. Satyabala V. Gupta.
3. Vivek Gupta.
4. Lewis Maudlin.
5. Barrett Rochman.
6. Jesse Barrett Rochman.
7. James Bowen.
8. William E. Groome.
9. Vicki L. Groome.
10. Joshua B. Crissen.
11. Linda K. Crissen.

12. John Sandberg.

13. Bhavik R. Patel.

14. Greg Shoulders.

15. Present or former employee(s) or representative(s) of SRI, Inc., the identities of whom are presently unknown.

16. Present or former employee(s) or representative(s) of any bank where any Defendant has done business since 2002, the identities of whom are presently unknown.

17. Present or former employee(s) or representative(s) of any Treasurers' and Auditors' Offices in any county in Indiana, the identities of whom are presently unknown.

18. Any witnesses designated by or on behalf of any party to provide expert testimony, the identities of whom are presently unknown.

19. Any and all witnesses listed, subpoenaed or called at trial by or on behalf of any other party to this action.

20. Any and all individuals identified in the parties' Initial Disclosures, including any supplements or amendments thereto.

21. Any and all witnesses necessary for purposes of impeachment.

22. Any and all witnesses necessary for purposes of rebuttal.

23. Any and all witness who become known or available through subsequent investigation or discovery.

## **Exhibits**

1. Any and all pleadings and admissions (and exhibits thereto), including amendments and supplements thereto, filed or served by or on behalf of any party in this action.

2. Any and all answers and responses to written discovery, including amendments and supplements thereto, served by or on behalf of any party in this action.

3. Any and all documents, electronically stored information and tangible things produced by or on behalf of any party in this action.

4. Any and all documents, electronically stored information and tangible things produced in response to any subpoena issued by or on behalf of any party in this action.

5. Any and all affidavits filed or served by or on behalf of any party in this action.

6. Any and all depositions or parts thereof (and exhibits thereto), taken by any party in this action.

7. Any and all Notices sent on behalf of any Defendant pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

8. Any and all Forms 137B submitted by any Defendant pursuant to Ind. Code § 6-1.1-25-2(e) for any property that is the subject of the Plaintiff's Class Action Complaint in this action.

9. Any and all paid invoices to any Defendant for Title Costs or Notify Costs for any property that is the subject of the Plaintiff's Class Action Complaint in this action.

10. Any and all Tax Sale Lists for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

11. Any and all worksheets and spreadsheets of any Defendant for any of the properties or any of the tax sales that are the subject of the Plaintiff's Class Action Complaint in this action.

12. Any and all business records of any Defendant concerning any of the properties or any of the tax sales that are the subject of the Plaintiff's Class Action Complaint in this action

13. Any and all pleadings and other papers filed in any of the tax sale proceedings that are the subject of the Plaintiff's Class Action Complaint.

14. Any and all correspondence between any Defendant and the counties, courts and/or parties involved in any of the tax sales that are the subject of the Plaintiff's Class Action Complaint in this action.

15. Any and all business records of any bank where any Defendant has done business since 2002.

16. All certified mail receipts for Notices sent on behalf of any Defendant pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

17. Any and all returned envelopes containing Notices sent on behalf of any Defendant pursuant to Ind. Code § 6-1.1-25-4.5 for any tax sale that is the subject of the Plaintiff's Class Action Complaint in this action.

18. Any and all exhibits listed, used or introduced at trial or any hearing by or on behalf of any party to this action.

19. Any and all exhibits identified in the parties' Initial Disclosures, including any supplements or amendments thereto.

20. Any and all pleadings and other papers, including amendments and supplements thereto, filed or served by or on behalf of any party in that certain lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

21. Any and all answers and responses to written discovery, including amendments and supplements thereto, served by or on behalf of any party in that certain lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

22. Any and all documents and things produced by or on behalf of any party in that certain lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

23. Any and all affidavits filed or served by or on behalf of any party in that certain lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

24. Any and all depositions or parts thereof (and exhibits thereto) taken by any party in that certain lawsuit in the United States District Court for the Southern District of Illinois, East St. Louis Division, under Case No. 3:11-cv-00139-GPM-SCW.

25. Any and all written reports of any expert witness.

26. Any and all documents used or replied upon by any expert witness.

27. Any and all exhibits necessary for purposes of impeachment.

28. Any and all exhibits necessary for purposes of rebuttal.

29. Any and all exhibits subsequently made or which become known or available through subsequent investigation or discovery.

Discovery is ongoing, and Defendants reserve the right to amend or supplement this list and call different or additional witnesses or use or introduce different or additional exhibits as investigation and discovery proceed.

          HARRISON & MOBERLY, LLP

          */s/ David J. Theising*
          David J. Theising
          Stephen E. Arthur
          Marc A.W. Stearns
          HARRISON & MOBERLY, LLP
          10 West Market Street, Suite 700
          Indianapolis, Indiana  46204
          Telephone:   (317) 639-4511
          Facsimile:     (317) 639-9565
          Email:  dtheising@harrisonmoberly.com
                   sarthur@harrisonmoberly.com
                   mstearns@harrisonmoberly.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 1st day of July, 2013, a copy of the foregoing *Defendants' Preliminary Witness and Exhibits List* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        John S. Sandberg
        Bhavik R. Patel
        Jesse B. Rochman
        SANDBERG PHOENIX & VONGONTARD, P.C.
        600 Washington Avenue, 15th Floor
        St. Louis, Missouri  63101
        Email:  jsandberg@sandbergphoenix.com
        Email:  bpatel@sandbergphoenix.com
        Email:  jrochman@sandbergphoenix.com

          */s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:   (317) 639-4511
Facsimile:     (317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants