UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, *et al.* | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR TIME TO RESPOND TO PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL OF SATYABALA V. GUPTA

The Defendants, by counsel, having filed their Motion for Time to Respond to Plaintiff's Motion to Reconsider Dismissal of Satyabala V. Gupta, and the Court being fully advised in the premises, now finds that said motion is meritorious and proper and should be granted.

Some words about civility: At present, the undersigned has 455 pending civil cases. If the Court were required to engage in merits disposition on every motion for time – and the Court notes the extension sought here was approximately 14 days – there would be little time for the merits resolution of any case. The Standards of Professional Conduct within the Seventh Circuit provide:

> 4. We will not, absent good cause, attribute bad motives or improper conduct to other counsel or bring the profession into disrepute by unfounded accusations of impropriety.

17. We will agree to reasonable requests for extensions of time and for waiver of procedural formalities, provided our clients' legitimate rights will not be materially or adversely affected.

The Court finds that the present state of the docket does not reflect compliance with these Standards. Counsel are directed to review the Standards in their entirety, and to comport their behavior with them from now on. Should this extension result in the need for an extension of other deadlines, the Court is confident that with the foregoing guidance, such extension will be by agreement. Also all further documents exchanged shall bear Bates numbers.

IT IS THEREFORE ORDERED that the Defendants' said motion is GRANTED, and that the Defendants shall have through August 5, 2013 to respond to the Plaintiff's Motion to Reconsider Dismissal of Satyabala V. Gupta.

Date: 07/19/2013

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF to:

David J. Theising
HARRISON & MOBERLY
dtheising@harrisonmoberly.com

Marc Allen William Stearns
HARRISON & MOBERLY
mstearns@harrisonmoberly.com

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@harrisonmoberly.com

John S. Sandberg
SANDBERG PHOENIX & VON GONTARD PC
jsandberg@sandbergphoenix.com

Bhavik R. Patel
SANDBERG PHOENIX & VON GONTARD, P.C.
bpatel@sandbergphoenix.com

Jesse B. Rochman
Sandberg Phoenix & Von Gontard P.C.
jrochman@sandbergphoenix.com