UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VINOD C. GUPTA and WIPER CORPORATION,<br><br>  Defendants. | Case No.: 2:12-cv-00355-JMS-WGH |

### Order Granting Plaintiff's Motion for Leave to Amend

Plaintiff Joshua B. Crissen ("Plaintiff"), individually and for all others similarly situated, through his attorneys Sandberg Phoenix & von Gontard PC, moved the Court for leave to amend his Complaint (Doc. 1). After reviewing the motion, the Court **GRANTS** Plaintiff's Motion for Leave to Amend. Plaintiff's *Proposed* First Amended Class Action Complaint (Doc. 73-1) is accepted by the Court as Plaintiff's First Amended Class Action Complaint. Defendants Vinod C. Gupta, Wiper Corporation and Satyabala V. Gupta must file a responsive pleading pursuant to Rule 15(a)(3). Defendants Vivek V. Gupta and Banco Popular North America must file a responsive pleading pursuant to Rule 12(a).

DATED: _____

_____
Judge
United States District Court
Southern District of Indiana

**Distribution via ECF to all counsel of record**