Prescribed by the State Board of Accounts    General Form No. 101 (Rev 2007)

**ACCOUNTS PAYABLE VOUCHER**   Voucher #          Warrant #

**Madison County - Anderson, IN 46016**

An Invoice or bill to be properly itemized must show: kind of service, where performed, dates services rendered, by whom per day, number of hours, number of units, price per unit, etc.

Discount Amount
If Paid By (date)

Vendor #

Vinod C. Gupta
c/o Banco Popular NA/ LIen Holder

c/o Banco Popular NA/ LIen Holder 7900 Miami Lakes Dr. West
7900 Miami Lakes Dr. West, Miami Lakes
Miami Lakes,   FL   33016

| Invoice Date | Invoice Number | Customer Number or I.D. | Description or note attached invoice(s) or bill(s) | Fund | Account | Distribution |
|---|---|---|---|---|---|---|
| 05/24/2011 | | | Tax Sale Redemtion | | | |
| | | | 48103689 | | | |
| | | | 4848-05-13-401-026.000-022 | | | |
| | | | Refund Tax Sale Redemptions | | | $ 1,300.77 |
| | | | Refund Tax Sale Surplus | | | $ 0.00 |
| | | | | | Total | $ 1,300.77 |

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and that the material or services itemized thereon for charge is made were ordered and received except.

Tax Sale Purchaser
6/2/11
Date

Department Head Signature

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and I have audited same in accordance with IC 5-11-10-2

Date                    County Auditor

Prescribed by State Board of Accounts  
**ACCOUNTS PAYABLE VOUCHER**  
Floyd COUNTY, INDIANA  
County Form No. 17 (Rev. 1996)  
2210355

An invoice or bill to be properly itemized must show: kind of service, where performed, dates service rendered, by whom, rates per day, number of hours, rate per hour, number of units, price per unit, etc.

Payee: Vinod C Gupta

Purchase Order No. _____  
Terms _____  
Date Due _____

| Invoice Date | Invoice Number | Description (or note attached invoice(s) or bill(s)) | Amount |
|---|---|---|---|
| 9/9/11 | 02230009090 | Surplus | 11,946.49 |
| | 02220009090 | Min Sale price | 4,053.51 |
| | 02220009090 | Title Search | 350.00 |
| | 02220009090 | Notify cost | 450.00 |
| | 02220009090 | STAT PCT | 608.03 |
| | 02220009090 | Interest | 922.99 |
| | | Certificate 2210355 | |
| | | 22·05·03·400·115·000·008 Total | 18,331.02 |

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and that the materials or services itemized thereon for which charge is made were ordered and received except _____

Date 9/12/11 20 ___  
Signature: Jenny Angulo  
Title: Comm'n Asst

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and I have audited same in accordance with IC 5-11-10-2.  
Date _____ 20 ___  
County Auditor

---

Prescribed by State Board of Accounts  
**ACCOUNTS PAYABLE VOUCHER**  
Floyd COUNTY, INDIANA  
County Form No. 17 (Rev. 1996)  
#2210092

An invoice or bill to be properly itemized must show: kind of service, where performed, dates service rendered, by whom, rates per day, number of hours, rate per hour, number of units, price per unit, etc.

Payee: Vinod C Gupta

Purchase Order No. _____  
Terms _____  
Date Due _____

| Invoice Date | Invoice Number | Description (or note attached invoice(s) or bill(s)) | Amount |
|---|---|---|---|
| 9/9/11 | 02230009090 | Surplus | 417.38 |
| | 02220009090 | Min Sale Price | 282.62 |
| | 02220009090 | title search | 350.00 |
| | 02220009090 | notify cost | 450.00 |
| | 02220009090 | STAT PCT | 42.39 |
| | 02220009090 | Interest | 32.25 |
| | | Certificate# 2210092 | |
| | | 22·04·02·100·101·000·006 Total | 1,574.64 |

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and that the materials or services itemized thereon for which charge is made were ordered and received except _____

Date 9/12 20 11  
Signature: Jenny Angulo  
Title: Comm'n Asst

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and I have audited same in accordance with IC 5-11-10-2.  
Date _____ 20 ___  
County Auditor

JC 22386

Prescribed by the State Board of Accounts  General Form No. 101 (Rev 2007)

## ACCOUNTS PAYABLE VOUCHER

Voucher #     Warrant #

**Henry County - New Castle, IN 47362**

An Invoice or bill to be properly itemized must show: kind of service, where performed, dates services rendered, by whom per day, number of hours, number of units, price per unit, etc.

| Discount Amount | Vendor # | Vinod C. Gupta |
| --- | --- | --- |
| If Paid By (date) | | c/o Banco Popular NA/ LIen Holder |
| | | c/o Banco Popular NA/ LIen Holder 7900 Miami Lakes Dr. West |
| | | 7900 Miami Lakes Dr. West, Miami Lakes |
| | | Miami Lakes, FL 33016 |

| Invoice Date | Invoice Number | Customer Number or I.D. | Description or note attached invoice(s) or bill(s) | Fund | Account | Distribution |
| --- | --- | --- | --- | --- | --- | --- |
| 05/31/2011 | | | Tax Sale Redemtion | | | |
| | | | 3310689 | | | |
| | | | 33-12-27-120-163.000-016 | | | |
| | | | Refund Tax Sale Redemptions | | | $4,297.56 |
| | | | Refund Tax Sale Surplus | | | $ 5,968.54 |
| | | | | | Total | $ 10,266.10 |

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and that the material or services itemized thereon for charge is made were ordered and received except.

Tax Sale Purchaser

6/7/2011

Date            _____ , _____
                          Department Head Signature

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and I have audited same in accordance with IC 5-11-10-2

Date                         County Auditor

Prescribed by State Board of Accounts
County Form No. 17 (Rev. 1996)

# ACCOUNTS PAYABLE VOUCHER
## HOWARD COUNTY, KOKOMO, IN 46901

An invoice or bill to be properly itemized must show: kind of service, where performed, dates service rendered, by whom, rates per day, number of hours, rate per hour, number of units, price per unit, etc.

Payee: Vinod C Gupta
C/o Banco Popular NA Lien Holder
7900 Miami Lakes DR WEST
Miami Lakes FL 33016

Purchase Order No. _____
Terms _____
Date Due _____

| Invoice Date | Invoice Number | Description (or note attached invoice(s) or bill(s)) | Amount |
|---|---|---|---|
|  | 065 | Minimum Sale Price | 3,557.13 |
|  | 065 | Title Search | 250.00 |
|  | 065 | Notify Cost | 500.00 |
|  | 065 | STAT PCT | 355.71 |
|  |  | Sale ID 3410526 |  |
|  |  | Parcel 34.04.31.301.004.000.002 |  |
|  |  | Total | 4,662.84 |

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and that the materials or services itemized thereon for which charge is made were ordered and received except _____

Date 3/1 20 11

Signature _____    Title _____

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and I have audited same in accordance with IC 5-11-10-2.

Date _____ 20 _____

County Auditor

JC 22132

Prescribed by the State Board of Accounts      General Form No. 101 (Rev 2007)

## ACCOUNTS PAYABLE VOUCHER       Voucher #                Warrant #

### Jefferson County - Madison, IN 47250

An Invoice or bill to be properly itemized must show: kind of service, where performed, dates services rendered, by whom per day, number of hours, number of units, price per unit, etc.

Discount Amount
If Paid By (date)

Vendor #

Vinod C. Gupta
c/o Banco Popular NA/ LIen Holder

c/o Banco Popular NA/ LIen Holder 7900 Miami Lakes Dr. West
7900 Miami Lakes Dr. West, Miami Lakes

Miami Lakes,   FL   33016

| Invoice Date | Invoice Number | Customer Number or I.D. | Description or note attached invoice(s) or bill(s) | Fund | Account | Distribution |
|---|---|---|---|---|---|---|
| 12/15/2010 | | | Tax Sale Redemtion | | | |
| | | | 3910162 | | | |
| | | | 39-08-21-230-029.000-007 | | | |
| | | | | | | |
| | | | Refund Tax Sale Redemptions | | | $ 3,252.51 |
| | | | Refund Tax Sale Surplus | | | $ 1,430.41 |
| | | | | | Total | $ 4,682.92 |

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and that the material or services itemized thereon for charge is made were ordered and received except.

Tax Sale Purchaser
_12 - 20 -10_
Date

_signature_   _signature_
Department Head Signature

I hereby certify that the attached invoice(s), or bill(s) is (are) true and correct and I have audited same in accordance with IC 5-11-10-2

Date                                County Auditor

http://www.sri-taxsalesystem.com/reports/rep_voucher.cfm?propID=39-08-21-230-029.0...   12/15/2010

JC 22618

Prescribed by State Board of Accounts
County Form No. 17 (Rev. 1996)

# ACCOUNTS PAYABLE VOUCHER
## LAWRENCE COUNTY, INDIANA

An invoice or bill to be properly itemized must show: kind of service, where performed, dates service rendered, by whom, rates per day, number of hours, rate per hour, number of units, price per unit, etc.

Payee: Vinod C. Gupta

Purchase Order No. _____
Terms _____
Date Due _____

| Invoice Date | Invoice Number | Description (or note attached invoice(s) or bill(s)) | Amount |
|---|---|---|---|
| 2010 Tax Sale | 4710216 | Redemption amount | 548.94 |
| | | Interest on Redemption amount | 82.35 |
| | | Surplus Interest | 49.77 |
| | | 137B cost | 700.00 |
| | | Surplus only | |
| | | Total | 651.06 |

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and that the materials or services itemized thereon for which charge is made were ordered and received except _____

June 7, 2011    X _Deepti Rakesh_  _Roy Achuletz_
                    Signature              Title

I hereby certify that the attached invoice(s), or bill(s), is (are) true and correct and I have audited same in accordance with IC 5-11-10-2.

_____, 20____      _____
                          County Auditor

JC 22530