UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) VINOD C. GUPTA, et al. ) ) Defendants. ) ) | Case No. 2:12-cv-00355-JMS-WGH |

**GUPTA DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants, Vinod C. Gupta and Wiper Corporation (collectively, the "Gupta Defendants"), by counsel, respectfully request an enlargement of time of thirty (30) days, to and including October 9, 2013, within which to prepare and file their Answer to Plaintiff, Joshua B. Crissen's First Amended Class Action Complaint.

1. On August 21, 2013, Crissen filed his First Amended Class Action Complaint.

2. The Gupta Defendants were electronically served with the First Amended Class Action Complaint on August 21, 2013 in accordance with Fed. R. Civ. P. 5(b)(2)(E).

3. Fed. R. Civ. P. 15(a)(3) and 6(d) require the Gupta Defendants to file their Answer to Crissen's First Amended Class Action Complaint on or before September 9, 2013.

4. Defendants' lead counsel, David Theising, has been out of the country since August 23, 2013.  Mr. Theising will return on September 9, 2013 and consequently, he will need additional time to confer with Mr. Gupta and prepare a response to Crissen's First Amended Class Action Complaint.  Although other Harrison & Moberly, LLP attorneys have appeared and are working on behalf of the Gupta Defendants in this matter, Mr. Theising, as the Gupta

Defendants' primary counsel, should be afforded a meaningful opportunity to work with his clients on this important aspect of the case.

5. Attorneys for the Gupta Defendants are in the process of gathering pertinent information on this matter to prepare a proper Answer, including research regarding Crissen's new claims asserted against Banco Popular and Vivek Gupta. The requested thirty (30) day extension should afford them sufficient time to complete this investigation and research.

6. On September 3, 2013, Stephen E. Arthur, one of Mr. Gupta's attorneys sent an email to Mr. John Sandberg, Crissen's lead counsel, advising that this Motion would be filed and asking whether Crissen objects to the requested extension. Mr. Arthur has not received a response to his September 3, 2013 email regarding this Motion.

7. This Motion is made in good faith and not for the purpose of hindering or delaying these proceedings.

8. Neither Crissen nor the new parties, Banco Popular or Vivek Gupta, will be prejudiced by the requested extension.

First, it is likely a new Case Management Plan will be needed to afford Banco Popular and Vivek Gupta additional time to complete discovery and brief class claims. The parties have not even scheduled a conference of attorneys yet to address whether the existing Case Management Order must be amended.

Second, this requested extension will not adversely impact any deadlines imposed by the current Case Management Order.

Third, the requested enlargement falls within or near the time given Banco Popular and Vivek Gupta to answer Crissen's First Amended Class Action Complaint, and thus the pleadings will not even close until after the thirty (30) day extension period

requested by the Gupta Defendants.

9. In sum, a thirty (30) day enlargement will protect the Gupta Defendants' interests without prejudicing Crissen or the two new defendants, and will not adversely impact the Court's docket, the deadlines established by the existing Case Management Order, or the time required by the Federal court rules to close the pleadings on Crissen's First Amended Class Action Complaint.

10. The Gupta Defendants note the Court dismissed Mrs. Gupta from this case for lack of personal jurisdiction in its June 7, 2013 Order. Crissen has filed a Motion to Reconsider Dismissal of Satyabala V. Gupta which is still pending before this Court. Despite being dismissed from the case, Mrs. Gupta is named a Defendant in Crissen's First Amended Class Action Complaint. Mrs. Gupta is not required to respond to Crissen's First Amended Class Action Complaint. Mrs. Gupta does not waive her challenge that the Court lacks personal jurisdiction over her or her right to respond to the First Amended Class Action Complaint should her status ever change.

WHEREFORE, Defendants, Vinod C. Gupta and Wiper Corporation, by counsel, respectfully move the Court to enter an order granting the Gupta Defendants a thirty (30) day enlargement of time, to and including October 9, 2013, within which to file their Answer to the Plaintiff's First Amended Class Action Complaint.

    Respectfully submitted,

    HARRISON & MOBERLY, LLP

    */s/ Stephen E. Arthur*
    Marc A.W. Stearns
    David J. Theising
    Stephen E. Arthur
    HARRISON & MOBERLY, LLP
    10 West Market Street, Suite 700
    Indianapolis, Indiana 46204

          Telephone:   (317) 639-4511
          Facsimile:   (317) 639-9565
          Email: mstearns@harrisonmoberly.com
                   dtheising@harrisonmoberly.com
                   sarthur@harrisonmoberly.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 4th day of September, 2013, a copy of the foregoing *Gupta Defendant's Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        John S. Sandberg
        Bhavik R. Patel
        Jesse B. Rochman
        SANDBERG PHOENIX & VONGONTARD, P.C.
        600 Washington Avenue, 15th Floor
        St. Louis, Missouri 63101
        Email: jsandberg@sandbergphoenix.com
        Email: bpatel@sandbergphoenix.com
        Email: jrochman@sandbergphoenix.com


                   */s/ Stephen E. Arthur*


David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:   (317) 639-4511
Facsimile:   (317) 639-9565
Email: mstearns@harrisonmoberly.com

Counsel for Defendants