UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, et al. | )<br>) |
| Defendants. | ) |

### ORDER GRANTING GUPTA DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendants, Vinod C. Gupta and Wiper Corporation ("Gupta Defendants"), by counsel, filed their Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint in this action on September 4, 2013.

And the Court, having considered said motion and being duly advised in the premises, now finds that said motion is proper and should be granted.

IT IS THEREFORE ORDERED that the Gupta Defendants' Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint is GRANTED, and that the Gupta Defendants shall have an enlargement of time of thirty (30) days, through and including October 9, 2013, within which to respond to the Plaintiff's First Amended Class Action Complaint in this action.

SO ORDERED THIS _____ DAY OF _____, 2013.

_____
JUDGE, United States District Court

Copies to:

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG PHOENIX & VONGONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

David J. Theising
Stephen E. Arthur
Marc A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
dtheising@harrisonmoberly.com
sarthur@harrisonmoberly.com
mstearns@harrisonbmoberly.com