UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, et all | )<br>) |
| Defendants. | ) |

## **GUPTA DEFENDANTS' MOTION TO WITHDRAW DOCUMENT NO. 92**

Defendants, Vinod C. Gupta and Wiper Corporation (collectively, the "Gupta Defendants"), by counsel, hereby moves for the Court to withdraw Document No. 92 on the docket for this proceeding, because Document No. 92 does not reference the latest e-mail correspondence from Crissen's counsel in response to Gupta Defendants' counsel's email asking whether Crissen's counsel objects to the Gupta Defendants' Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint. The Gupta Defendants will update and re-file their Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint accordingly.

WHEREFORE, Defendants, Vinod C. Gupta and Wiper Corporation, by counsel, pray for an Order that Document No. 92 on the docket for this proceeding be deemed withdrawn, and for all just and proper relief in the premises.

HARRISON & MOBERLY, LLP

*/s/ Stephen E. Arthur*
David J. Theising
Stephen E. Arthur
Marc. A.W. Stearns

HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email: dtheising@harrisonmoberly.com
sarthur@harrisonmoberly.com
mstearns@harrisonmoberly.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2013, a copy of the foregoing *Gupta Defendants' Motion to Withdraw Document No. 92* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>John S. Sandberg
>Bhavik R. Patel
>Jesse B. Rochman
>SANDBERG PHOENIX & VONGONTARD, P.C.
>600 Washington Avenue, 15th Floor
>St. Louis, Missouri  63101
>Email: jsandberg@sandbergphoenix.com
>Email: bpatel@sandbergphoenix.com
>Email: jrochman@sandbergphoenix.com

>*/s/ Stephen E. Arthur*

Stephen E. Arthur
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:     (317) 639-9565
Email:  sarthur@harrisonmoberly.com

Counsel for Defendants