UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VINOD C. GUPTA, et al. <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 2:12-cv-00355-JMS-WGH ) ) ) ) |

**ORDER GRANTING GUPTA DEFENDANTS'**
**MOTION TO WITHDRAW DOCUMENT NO. 92**

Defendants, Vinod C. Gupta and Wiper Corporation ("Gupta Defendants"), by counsel, filed their Motion to Withdraw Document No. 92.

And the Court, having considered said motion and being duly advised in the premises, now finds that said motion is proper and should be granted.

IT IS THEREFORE ORDERED that the Gupta Defendants' Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint [Docket No. 92] is withdrawn and removed from the record of this case as of the date of this Order.

SO ORDERED THIS _____ DAY OF _____, 2013.

_____
JUDGE, United States District Court

Copies to:

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG PHOENIX & VONGONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email:  jsandberg@sandbergphoenix.com
Email:  bpatel@sandbergphoenix.com
Email:  jrochman@sandbergphoenix.com

David J. Theising
Stephen E. Arthur
Marc A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
dtheising@harrisonmoberly.com
sarthur@harrisonmoberly.com
mstearns@harrisonbmoberly.com