UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOSHUA B. CRISSEN, individually and on behalf )
of all others similarly situated, )
 )
                Plaintiff, )
   v. )
 ) Case No. 2:12-cv-00355-JMS-WGH
VINOD C. GUPTA, et al. )
 )
               Defendants. )

## GUPTA DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendants, Vinod C. Gupta and Wiper Corporation (collectively, the "Gupta Defendants"), by counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1(a), respectfully request an enlargement of time of thirty (30) days, to and including October 9, 2013, within which to prepare and file their Answer to Plaintiff, Joshua B. Crissen's First Amended Class Action Complaint.

    1.      On August 21, 2013, Crissen filed his First Amended Class Action Complaint.

    2.      The Gupta Defendants were electronically served with the First Amended Class Action Complaint on August 21, 2013 in accordance with Fed. R. Civ. P. 5(b)(2)(E).

    3.      Fed. R. Civ. P. 15(a)(3) and 6(d) require the Gupta Defendants to file their Answer to Crissen's First Amended Class Action Complaint on or before September 9, 2013.

    4.      Defendants' lead counsel, David Theising, has been out of the country since August 23, 2013. Mr. Theising will return on September 9, 2013 and consequently, he will need additional time to confer with Mr. Gupta and prepare a response to Crissen's First Amended Class Action Complaint. Although other Harrison & Moberly, LLP attorneys have appeared and

are working on behalf of the Gupta Defendants in this matter, Mr. Theising, as the Gupta Defendants' primary counsel, should be afforded a meaningful opportunity to work with his clients on this important aspect of the case.

5. Attorneys for the Gupta Defendants are in the process of gathering pertinent information on this matter to prepare a proper Answer, including research regarding Crissen's new claims asserted against Banco Popular and Vivek Gupta. The requested thirty (30) day extension should afford them sufficient time to complete this investigation and research.

6. On September 3, 2013, Stephen E. Arthur, one of Mr. Gupta's attorneys sent an email to Mr. John Sandberg, Crissen's lead counsel, advising that this Motion would be filed and asking whether Crissen objects to the requested extension. On September 4, 2013, Mr. Sandberg sent a response email to Mr. Arthur objecting to the Gupta Defendants' request for a thirty (30) day enlargement but agreeing to an enlargement to September 30, 2013.

7. This Motion is made in good faith and not for the purpose of hindering or delaying these proceedings.

8. Neither Crissen nor the new parties, Banco Popular or Vivek Gupta, will be prejudiced by the requested extension.

First, it is likely a new Case Management Plan will be needed to afford Banco Popular and Vivek Gupta additional time to complete discovery and brief class claims. The parties have not even scheduled a conference of attorneys yet to address whether the existing Case Management Order must be amended.

Second, this requested extension will not adversely impact any deadlines imposed by the current Case Management Order.

Third, the requested enlargement falls within or near the time given Banco

Popular and Vivek Gupta to answer Crissen's First Amended Class Action Complaint, and thus the pleadings will not even close until after the thirty (30) day extension period requested by the Gupta Defendants.

9. In sum, a thirty (30) day enlargement will protect the Gupta Defendants' interests without prejudicing Crissen or the two new defendants, and will not adversely impact the Court's docket, the deadlines established by the existing Case Management Order, or the time required by the Federal court rules to close the pleadings on Crissen's First Amended Class Action Complaint.

10. The Gupta Defendants note the Court dismissed Mrs. Gupta from this case for lack of personal jurisdiction in its June 7, 2013 Order. Crissen has filed a Motion to Reconsider Dismissal of Satyabala V. Gupta which is still pending before this Court. Despite being dismissed from the case, Mrs. Gupta is named a Defendant in Crissen's First Amended Class Action Complaint. Mrs. Gupta is not required to respond to Crissen's First Amended Class Action Complaint. Mrs. Gupta does not waive her challenge that the Court lacks personal jurisdiction over her or her right to respond to the First Amended Class Action Complaint should her status ever change.

WHEREFORE, Defendants, Vinod C. Gupta and Wiper Corporation, by counsel, respectfully move the Court to enter an order granting the Gupta Defendants a thirty (30) day enlargement of time, to and including October 9, 2013, within which to file their Answer to the Plaintiff's First Amended Class Action Complaint.

> Respectfully submitted,
>
> HARRISON & MOBERLY, LLP
>
> */s/ Stephen E. Arthur*
> Marc A.W. Stearns
> David J. Theising

Stephen E. Arthur
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:	(317) 639-4511
Facsimile:	(317) 639-9565
Email:  mstearns@harrisonmoberly.com
            dtheising@harrisonmoberly.com
            sarthur@harrisonmoberly.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 4th day of September, 2013, a copy of the foregoing *Gupta Defendant's Motion for Enlargement of Time to File Answer to Plaintiff's First Amended Class Action Complaint* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG PHOENIX & VONGONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email:  jsandberg@sandbergphoenix.com
Email:  bpatel@sandbergphoenix.com
Email:  jrochman@sandbergphoenix.com


*/s/ Stephen E. Arthur*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:	(317) 639-4511
Facsimile:	(317) 639-9565
Email:  mstearns@harrisonmoberly.com

Counsel for Defendants