UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-cv-355-JMS-WGH |
| ) | |
| VINOD C. GUPTA, SATYABALA V. ) | |
| GUPTA, WIPER CORPORATION, ) | |
| VIVEK V. GUPTA and BANCO ) | |
| POPULAR NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S ORDER ON
ATTORNEY CONFERENCE CALL**

Upon counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on August 27, 2013, for an unscheduled attorney conference call. The parties were represented by counsel.

Thereupon the following **ORDERS** are entered:

1. The parties were unable to stipulate to the Magistrate Judge's proposed resolution of discovery issues. Any motions to compel or for protective order must be filed within ten (10) days of the date of this order.

2. The **SETTLEMENT CONFERENCE** previously set for December 5, 2013, is **VACATED** and is hereby **RESCHEDULED** for **THURSDAY, OCTOBER 10, 2013,** at 1:30 p.m., **Indianapolis** time (EDT), before the Magistrate Judge in Room 349, U.S. Courthouse, **Indianapolis,** Indiana. Clients with full settlement

-2-

authority are to be present **in person** at this conference.  **(See attachment for particulars, including description of which client(s) must attend**.)

3.  All other deadlines in the Case Management Plan remain in effect.

This order has been formulated after a conference at which the respective parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

SO ORDERED.

Dated:  September 4, 2013

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**

## SETTLEMENT CONFERENCES BEFORE
## U.S. MAGISTRATE JUDGE WILLIAM G. HUSSMANN, JR.

Unless excused by order of the court, clients or client representatives with complete authority to negotiate and consummate a settlement shall attend the settlement conference, **in person,** along with their counsel.  This requires the presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity.  For a defendant, such representative must have final settlement authority to commit the organization to pay, **in the representative's own discretion,** a settlement amount up to the plaintiff's prayer, or up to the plaintiff's last demand, whichever is lower.  For a plaintiff, such representative must have final authority, **in the representative's own discretion,** to authorize dismissal of the case with prejudice, or to accept a settlement in the amount of the defendant's last offer.  Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must have a fully authorized settlement representative present at the conference.  Such representative must have final settlement authority to commit the company to pay, **in the representative's own discretion,** an amount within the policy limits, or up to the plaintiff's last demand, whichever is lower.  Counsel are responsible for timely advising any involved non-party insurance company of the requirements of this order.  The purpose of this requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion, and the realistic freedom to exercise such discretion without negative consequences, in order to settle the case during the settlement conference without consulting someone else who is not present.

Each party shall submit (not file) a confidential settlement statement directly to the Magistrate Judge no later than two business days prior to the conference, setting forth the relevant positions of the party concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed.  **The settlement statement should not exceed five (5) pages, and should only include critical exhibits**.

Any request to continue this conference must be in motion form and filed with the court no later than one week prior to the conference, except for emergencies.

**You are reminded of your obligation under Local Rule 16.1(c) which states: "Prior to all court conferences, counsel shall confer to prepare for the conference."**

(Revised 12/9/2010)