IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION


| | | |
|---|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | Case No. |
| Plaintiff, | ) | 2:12-CV-00355-JMS-WGH |
| | ) | |
| -v- | ) | |
| | ) | |
| VINOD C. GUPTA and WIPER CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |


The deposition upon oral examination of

JOSHUA DARRYL CRISSEN, a witness produced and sworn

before me, Sherry D. Lenn, Notary Public in and for

the County of Warrick, State of Indiana, taken on

behalf of the Defendants at the Hampton Inn,

2100 North Walnut Street, Room 111, Bloomington,

Indiana, on August 2, 2013, at 8:43 a.m., pursuant to

the Federal Rules of Civil Procedure.




STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
20 N.W. Fourth Street, Suite 511
Evansville, IN  47708
(812) 477-4449

1                    APPEARANCES

2   FOR THE PLAINTIFF:

3           John S. Sandberg, Esq.
            Jesse B. Rochman, Esq.
4           SANDBERG, PHOENIX & VON GONTARD, P.C.
            600 Washington Avenue
5           15th Floor
            St. Louis, MO  63101-1313
6

7   FOR THE DEFENDANTS:

8           Stephen E. Arthur, Esq.
            HARRISON & MOBERLY, LLP
9           10 West Market Street
            Suite 700
10          Indianapolis, IN  46204

11

12  ALSO PRESENT:  Kelly Haering, videographer

13

14

15

16

17

18

19

20

21

22

23

24

25

1      allegations in those three paragraphs, do you have

2      -- prior to filing the lawsuit in December of 2012,

3      did you have any personal knowledge to support

4      those allegations?

5   A  No.

6   Q  That's information that was provided by your

7      attorney?

8   A  That's correct.

9   Q  When did you first communicate with Mr. Sandberg

10     about this case?

11  A  I got a phone call one evening from a feller who

12     said he had come across my tax sale and asked me if

13     I thought anything was wrong with it.  And as I'm

14     prone to do, I went off into a dialogue.  And he

15     asked me if I knew what to do about it.  I said, I

16     don't know.  He asked me if I would like to know

17     what to do about it.  And I said, well, yeah.  I'd

18     like to do something about it.  And that proceeded

19     to he gave me a phone call -- a phone number, I

20     mean, and I made a phone call to a Mr. Patel, and

21     that's what initiated everything.

22  Q  Who was the individual who called you?

23  A  Mr. Sandberg has told me several times.  I cannot

24     -- I cannot remember his name.  I am very bad with

25     names.  I'm sorry.

1  Q  That's okay.  Was it -- do you understand, was it

2     someone associated with Mr. Sandberg?

3  A  He knew Mr. Sandberg.

4  Q  Did he tell you why he was looking into this and

5     calling you?

6  A  He said he seen that my tax sale had a lot of

7     action and this, that, and the other he had noticed

8     and -- and he just thought he would give me a call

9     and ask me what I thought.

10 Q  Did he tell you what he thought was wrong with your

11    tax sale?

12 A  He said he couldn't tell me, but he knew some

13    things weren't quite right.

14 Q  Did he tell you what his basis was for believing

15    things weren't quite right?

16 A  He's somehow in the industry of title searches or

17    something.

18 Q  And you don't remember who it was that called you?

19 A  I can't remember the exact name.  I am sorry about

20    that.  And Mr. Sandberg has told me several times.

21 Q  Did you make any notes?

22 A  Well, I don't got them with me.

23 Q  Do you have notes of who called you?

24 A  Yeah.  I wrote down his name at home.

25 Q  So you could produce that to me if I asked you to

1    produce it?

2  A  Yeah.  A handwritten note, yeah.

3  Q  **What else is on your handwritten note?**

4  A  Just his name and phone number and that he lives in

5     Illinois.

6  Q  **After this individual called you -- have you told**

7     **me everything you recall about that conversation?**

8  A  Yes.

9  Q  **And he called you at home?**

10 A  Yes.

11 Q  **Did he tell you how he got your number?**

12 A  It's on record at the courthouse.

13 Q  **So he'd gone to the courthouse to get your name and**

14    **phone number?**

15 A  He seen it there, yeah.

16 Q  **And then he suggested that you -- if you were**

17    **interested in pursuing more about it, you would**

18    **contact Mr. Sandberg?**

19 A  Yeah.  He gave me the -- Mr. Sandberg's office name

20    and Mr. Patel's name directly and phone number.

21 Q  **Who is Mr. Patel?**

22 A  He's an associate of Mr. Sandberg's.

23 Q  **And did you call Mr. Patel?**

24 A  Yes, I did.

25 Q  **And what did you discuss with Mr. Patel?**

1    would you call that?

2        MR. SANDBERG:   He doesn't have to answer

3    questions.

4  A  That would be reckless and evil, especially if I

5    killed somebody.

6  Q  **So my question is you believe evil is reckless?**

7  A  Yes.

8  Q  **Have you ever met Barrett Rochman?**

9  A  That name?  That's the dude, I think, called me.

10 Q  **Okay.   How many conversations have you had with**

11   **Mr. Rochman?**

12 A  One.

13 Q  **And do you know if it's Mr. Rochman who is paying**

14   **the attorney's fees in this case?**

15 A  No, he's not.

16 Q  **I'm asking if you know if he is?**

17 A  I believe he's not.

18 Q  **Has Mr. Rochman promised you any money if you bring**

19   **this lawsuit?**

20 A  Mr. Rochman didn't promise me anything.

21 Q  **So the answer is no?**

22 A  No.

23 Q  **Did Mr. Rochman tell you that he'd help you pay**

24   **your attorney's fees if you brought the lawsuit?**

25 A  No.