UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOSHUA B. CRISSEN, individually and on behalf   )
of all others similarly situated,   )
   )
             Plaintiff,   )
   )
  ·v.   )
   )   Case No.  2:12-cv-00355-JMS-WGH
VINOD C. GUPTA,   )
SATYABALA V. GUPTA, and   )
WIPER CORPORATION,   )
   )
          Defendants.   )

## DEFENDANT VINOD C. GUPTA'S RESPONSES
## TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

The Defendant Vinod C. Gupta ("Gupta") submits the following in response to the
Plaintiff's First Set of Interrogatories Directed to Defendant Vinod C. Gupta (the "First
Interrogatories") of the Plaintiff Joshua B. Crissen ("Crissen"):

<u>Preliminary Objections by Counsel</u>

Gupta, by counsel, OBJECTS to each and every Interrogatory to the extent that it seeks
discovery of non-public confidential information or proprietary trade information, privileged
matters or communications, or documents and things prepared in anticipation of litigation or for
trial, or facts known or opinions held by experts who have been retained or specially employed
in anticipation of litigation or in preparation for trial and who are not expected to be called as
witnesses at trial, or the mental impressions, conclusions, opinions or legal theories of counsel.
Subject to, and without waiver of, these Objections, Gupta submits the following in response to
the First Interrogatories.

**INTERROGATORY NO. 1**:        Identify each person answering these Interrogatories or that was interviewed, consulted or participated in the preparation and/or formulation of the answers to these Interrogatories.

**RESPONSE:**        Vinod C. Gupta, 17962 Foxborough Lane, Boca Raton, Florida 33469.

**INTERROGATORY NO. 2**        For each tax sale or Commissioner's Sale you or someone on your behalf attended in Indiana.

      a.        state the type of sale (i.e., tax sale or Commissioner's Sale);

      b.        state the date(s) of the sale;

      c.        state the county in which the sale occurred;

      d.        identify the persons that attended the sale; and

      e.        state the reasonable and customary attorney's fees and costs that applied to said sale pursuant to IC 6-1.1-25-2.5.

**OBJECTION**:        Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:**

a.        The majority of the sales were tax sales.  The sales that were commissioner's sales are identified on the BUY worksheet of the excel file titled IND.

2

b.      The dates are listed in column B of the BUY worksheet of the excel file titled IND.

c.      The counties are listed in column D of the BUY worksheet of the excel file titled IND.

d.      The person attending the sale is listed in column A or C of the BUY worksheet of the excel file titled IND.

e.      The fees are listed in column O and P of the BUY worksheet of the excel file titled IND.

**INTERROGATORY NO. 3:**      For each tract or item of real property located in Indiana in which you received or obtained a certificate of sale:

a.      identify the person(s) bidding;

b.      state the sale #;

c.      state the property ID #;

d.      state the certificate #;

e.      state the property address;

f.      identify the owner of record;

g.      state the date of the certificate of sale purchase;

h.      whether you submitted a Certification relating to said certificate of sale, and if so identify each Certification and:

(1)      state the Title Costs listed on the Certification and identify the person who performed a title search or examined and updated the abstract of title for a tract or item of real property;

    (2)      state the Notify Costs listed on the Certification and identify the person who gave or assisted with giving notice, including without limitation, the Notice of Redemption, for a tract or item of real property;

    (3)      state the person that signed the Certification;

    (4)      state the date the Certification was provided to the county auditor;

    (5)      state who provided the Certification to the county auditor;

    (6)      state how the Certification was provided to the county auditor (e.g., by mail, fax, e-mail or hand delivered); and

    (7)      if provided to the county auditor by mail, fax or e-mail, state from where the mail, fax or e-mail was originally sent;

i.      identify any person who redeemed said certificate of sale;

j.      if the certificate of sale was redeemed, state the date said redemption was made;

k.      state the date a deed, if any, to the real property was executed; and

l.      identify the grantee in the deed.

**OBJECTION**:     Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court. Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:**

a.      The person attending the sale is listed in column A or C of the BUY worksheet of the excel file titled IND.

b.      The sale numbers are listed under heading "Sale ID."

c.      The property ID numbers are listed under heading "Parcel No."

d.      See Response to Interrogatory No. 3(b) above.

e.      The property addresses are listed under heading "Property Address."

f.      The owners of record are listed under heading "Name 1."

g.      The dates of the certificate of sale purchase are listed under heading "Sale Date."

h.      See responses below:

(1).      The Title Costs are listed under "Search Fee" and was handled by my attorney.

(2).      The Notify Costs are listed under "Atty Fee" and was handled by my attorney.

(3).      Most if not all were signed by Vinod C. Gupta.  I don't remember, but it is possible that my attorney or buyer might have signed one or two.

(4).      The dates of certification are stated on Form 137B that can be found in the "Word" folder.

(5).      Most if not all were provided by Vinod C. Gupta.  I don't remember, but it is possible that my attorney or buyer might have provided one or two.

(6).      To the best of my recollection, almost all of them were mailed or faxed.

(7).      The mail or faxes were sent from the State of Florida.

i.      I do not have knowledge of who redeemed the properties.

j.      I do not have knowledge of the dates that the properties were redeemed.

k.      I do not keep a list of the dates the deeds were executed.  That information is reflected on the deeds.

l.      That information is reflected on the deeds.

**INTERROGATORY NO. 4:**      Identify all persons acting on your behalf that performed a title search or examined and updated the abstract of title for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION**:      Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** My attorneys Vivek Gupta and Lewis Maudlin acted on my behalf regarding title searches.

**INTERROGATORY NO. 5:**      Identify all persons from which you incurred the costs of a title search or examining and updating the abstract of title for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION**:      Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** See Response to Interrogatory No. 4 above.

**INTERROGATORY NO. 6:**       Identify all persons that you paid the costs of a title search or examining and updating the abstract of title for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION:**       Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** See Response to Interrogatory No. 4 above.

**INTERROGATORY NO. 7:**       Identify all attorneys acting on your behalf that gave or assisted with giving notice, including without limitation, the Notice of Redemption, for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION:**       Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** My attorneys Vivek Gupta, 17962 Foxborough Lane, Boca Raton, Florida 33496, telephone (917) 686-4954, and Lewis Maudlin, 53 Court House Square, Salem, Indiana 47167, telephone (812) 883-3030, acted on my behalf regarding noticing.

**INTERROGATORY NO. 8:**        Identify all attorneys from which you incurred fees and costs related to giving notice, including without limitation, the Notice of Redemption, for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION**:        Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** See Response to Interrogatory No. 7 above.

**INTERROGATORY NO. 9:**        Identify all attorneys that you paid fees and costs related to giving notice, including without limitation, Notice of Redemption, for a tract or item of real property in Indiana related to a certificate of sale you received or obtained.

**OBJECTION**:        Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:** See Response to Interrogatory No. 7 above.

**INTERROGATORY NO. 10:**        For each Notice of Redemption that you gave:

    a.        identify said Notice of Redemption;

    b.        identify all persons who received said Notice of Redemption;

8

    c.      identify who prepared said Notice of Redemption;

    d.      identify all persons who assisted with any aspect of sending or preparing said Notice of Redemption;

    e.      state how such Notice of Redemption was delivered (e.g., regular mail, certified mail, fax, or hand delivered);

    f.      if by mail or fax, state from where the Notice of Redemption was originally sent; and

    g.      state the date such Notice of redemption was delivered.

**OBJECTION**:    Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court. Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**RESPONSE:**

a.    Each Notice of Sale and Redemption Period Expiration can be found in the "Word" folder for each county.

b.    I am not aware of who received said notice. However, the person(s) who was mailed the notice is listed on the Notice found in the "Word" folder for each county.

c.    My attorneys Vivek Gupta and Lewis Maudlin.

d.    My attorneys Vivek Gupta and Lewis Maudlin. Vinod C. Gupta and his contractors assisted in sending notices.

e.      Notices were sent by certified mail.  Many were sent by regular mail in addition to certified mail.

f.      The States of Florida and Indiana.

g.      I am not aware of the dates that the notices were delivered.

**INTERROGATORY NO. 11:**      Identify all persons that have been employed by you.

**OBJECTION**:      Gupta, by counsel, objects to this Interrogatory as overbroad, vague, ambiguous and misleading, and because it seeks information that is not relevant to the subject matter of this action, in asking for identification of "all person who have been employed by you," irrespective of whether they were employed in Gupta's tax sale business in Indiana. Gupta, by counsel, further objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, these Objections, Gupta submits the following response to this Interrogatory.

**RESPONSE:** I do not have any employees in my tax sale business in Indiana.  However, I get assistance from independent contractors on an as needed and as available basis.

**INTERROGATORY NO. 12:**      Identify all persons that assisted you in any manner related to participating in tax sales or Commissioner's Sales in Indiana, including without limitation, persons that assisted with any due diligence, research, searching title or giving notice.

**OBJECTION**:      Gupta, by counsel, objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b)

10

Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, this Objection, Gupta submits the following response to this Interrogatory.

**<u>RESPONSE:</u>**

Cathy Arzola a/k/a Cathy Spiker
1303 Lakeview Drive
Greencastle, Indiana 46135
(317) 724-2003

Kierstin Bemis
1110 South 17th Street
Terre Haute, Indiana 47802
(812) 917-4755

Justin Cooper
330 South Vine Street
Indianapolis, Indiana 46241
(765) 200-2004

Beth Dubois
P O Box 354
Royal Centre, Indiana 46978
(574) 643-6515

Mark Fulk
828 North Main
Sullivan, Indiana 47882
(812) 564-2576

Allen Grau
11868 South 150 West
Haubstadt, Indiana 47639
(812) 319-9800

Fakhr Joseph
1701 South Hoyt
Muncie, Indiana 47302
(765) 287-8432

George McCoy
2537 Brook Street
New Albany, Indiana 47150

(502) 741-0055

Bob Meeks
702 South Main Street
Princeton, Indiana 47670
(812) 664-2840

Tim Ross
2285 Buckingham Drive
North Vernon, Indiana 47265
(812) 767-2342

John Runyan
P O Box 139
Kokomo, Indiana 46903
(765) 398-4177

Ray Douglas Stamper
Scott County
(812) 794-2620

Kathleen A. Stucker
P O Box 374
Remington, Indiana 47977
(765) 490-0795

Brian Vetter
1110 Wildwood Road
North Vernon, Indiana 47265
(812) 718-5060

Tom Fowler
2753 Mathis Road SW
Corydon, Indiana 47112
(812) 972-0895

Dennis Graves
Dixon Auction Realty
(812) 719-3820

Todd Schaus
Spencer County
(812) 480-2541

Frank Parsley
826 Sycamore Street

Rockport, Indiana 47635
(812) 649-4666

Laura Bishop
7155 East Bethel Road
Pekin, Indiana 47165
(812) 967-2329

James Almeda
812 North Miami Street
Wabash, Indiana 46992
(260) 563-5725

Mike Anderson
1478 South River Road
Attica, Indiana 47918
(765) 299-3226

Nidal Dama
P O Box 515
Evansville, Indiana 47703
(812) 962-3685

Jean Conner
Fayette County
(765) 827-6079

Kyle Walton
5720 South Eastern School Road
Pekin, Indiana 47165
(812) 967-5953

Jerry Werner
P O Box 131
Mariah Hill, Indiana 47556
(812) 549-5116

Donald Manlove
P O Box 265
Hymera, Indiana 47855
(812) 239-7158

Jennifer Mars
20 East 3rd Street
Peru, Indiana 46970
(765) 473-3000

Danny Morin
71 East Northwood Drive
Sullivan, Indiana 47882
(812) 268-0441

Pete Shawver
720 East 300 South
Portland, Indiana 47371
(260) 726-7856

**INTERROGATORY NO. 13:**      Identify each firm, partnership, corporation, proprietorship, association, or other organization or entity, in which you are a partner, shareholder, proprietor, member, officer, or employee, or have an ownership interest (excluding publicly traded companies in which you own less than five percent).

**OBJECTION:**      Gupta, by counsel, objects to this Interrogatory as overbroad, vague, ambiguous and misleading, and because it seeks information that is not relevant to the subject matter of this action, in asking for identification of "each firm, partnership, corporation, proprietorship, association, or other organization or entity, in which you are a partner, shareholder, proprietor, member, officer, or employee, or have an ownership interest," irrespective of whether it is in any way involved in or associated with Gupta's tax sale business in Indiana.  Gupta, by counsel, further objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.  Subject to, and without waiver of, these Objections, Gupta submits the following response to this Interrogatory.

**RESPONSE:** Wiper Corporation, 17962 Foxborough Lane, Boca Raton, Florida 33496, telephone (561) 487-2742, V. Gupta, Inc., 17962 Foxborough Lane, Boca Raton, Florida 33496,

telephone (561) 487-2742, and Discounted Properties LLC, 17962 Foxborough Lane, Boca Raton, Florida 33496, telephone (561) 487-2742.

**INTERROGATORY NO. 14:**      For each account at a financial institution in use or used by you to pay Title Costs or Notify Costs, including without limitation, any account in which you withdrew or transferred funds to pay said costs, state:

      a.     the financial institution where the account was held, including address and phone number;

      b.     the name on the account;

      c.     the account number; and

      d.     whether the account was setup for any specific purpose, such as the payment of said costs.

**OBJECTION**:      Gupta, by counsel, objects to this Interrogatory because it seeks non-public confidential financial information in asking for account numbers of his accounts at banks.   Gupta, by counsel, further objects to this Interrogatory to the extent that it seeks information or documents for tax sales or commissioner's sales for which the applicable statute of limitations has expired, as more fully set forth in Defendants' Fed. R. Civ. P. 12(b) Motion to Dismiss Plaintiff's Class Action Complaint now pending before this Court.   Subject to, and without waiver of, these Objections, Gupta submits the following response to this Interrogatory.

**RESPONSE:**

a.      Wells Fargo, 3005 Yamato Road, Boca Raton, Florida 33434, telephone (561) 241-8066, and Popular Community Bank, 7900 Miami Lakes Drive West, Miami Lakes, Florida 33016, telephone (305) 938-0131.

      b.      Vinod C. Gupta, Satyabala V. Gupta and Vivek Gupta for Wells Fargo, and Vinod C. Gupta and Satyabala V. Gupta for Popular Community Bank.

      c.      This is non-public confidential financial information.

      d.      The accounts were not set up for any specific purpose.

**INTERROGATORY NO. 15:**      State whether you, or anyone acting on your behalf, have or know of any statements in any form from any persons, concerning the allegations in the Complaint (Doc. 1), and if so, state:

      a.      a narrative of said statement;

      b.      the name and address from each person a statement was obtained;

      c.      the date each statement was obtained;

      d.      the name and address of each person who took the statement, and all the persons present when the statement was taken;

      e.      the name and address of the person having custody of each statement; and

      f.      the form of each statement, whether it was written, recorded, or oral, and whether it was signed or unsigned.

**RESPONSE:** No.

**INTERROGATORY NO. 16:**      Identify all persons with knowledge of the allegations in the Complaint (Doc. 1).

**RESPONSE:** Those individuals are identified in Defendants' Initial Disclosures served on May 1, 2013.

Attorney Making Objections:

HARRISON & MOBERLY, LLP

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:    (317) 639-4511
Facsimile:    (317) 639-9565
Email:  dtheising@harrisonmoberly.com

I AFFIRM, UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING STATEMENTYS ARE TRUE.

Vinod C. Gupta

17

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via email and first class United States mail, postage prepaid, this 3rd day June, 2013, upon the following counsel of record:

John S. Sandberg
Bhavik R. Patel
SANDBERG PHOENIX & VON GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com

David J. Theising

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:     (317) 639-4511
Facsimile:      (317) 639-9565
Email: dtheising@harrisonmoberly.com

Counsel for Defendant Vinod Gupta