UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. | ) | |
| GUPTA, WIPER CORPORATION, | ) | |
| VIVEK V. GUPTA and BANCO | ) | |
| POPULAR NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## MAGISTRATE JUDGE'S ORDER ON SETTLEMENT CONFERENCE

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, in Indianapolis, Indiana, at 1:30 p.m., on October 10, 2013, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

The parties entered into settlement negotiations, but they were unable to reach an agreement. The Magistrate Judge made a recommendation on settlement, but the parties have not accepted that recommendation. Thereupon the following **ORDER** is entered:

A **HEARING** on any outstanding discovery motions is set for **FRIDAY, NOVEMBER 8, 2013,** at 3:30 p.m., Terre Haute time (EST), before the Magistrate Judge, in Courtroom 131, U.S. Courthouse, Terre Haute, Indiana. Counsel may either appear in person or by telephone. **The information needed**

**to participate in this hearing telephonically will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:**  October 25, 2013

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**