UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : Case No. 2:12-cv-00355-JMS-WGH |
| | : : |
| VINOD C. GUPTA, *et al.* | : : |
| Defendants. | : : |
| | : |

**MOTION OF DEFENDANTS BANCO POPULAR NORTH AMERICA AND
VIVEK GUPTA FOR ENTRY OF MODIFIED CASE MANAGEMENT PLAN**

Defendants Banco Popular North America and Vivek Gupta respectfully move this Court

for an Order modifying the deadlines in the Case Management Plan as follows:

- Defendants shall file preliminary witness and exhibits lists on or before March 31, 2014;

- Defendants shall move for leave to amend the pleadings and/or to join additional parties on or before April 30, 3014;

- Defendants shall file their response to Plaintiff's Motion for Class Certification on or before July 1, 2014; and

- The case shall be set for trial no earlier than July 2015.

The reasons for this Motion are set forth more fully in the accompanying Memorandum

of law, which is incorporated herein by reference.

1

WHEREFORE, Defendants Banco Popular North America and Vivek Gupta respectfully request that the Court grant this Motion and enter an Order substantially similar to the proposed Order that accompanies this Motion.

Respectfully submitted,

| /s/ Joshua D. Wolson | /s/ David P. Friedrich |
|---|---|
| Joshua D. Wolson (*pro hac vice*) | David P. Friedrich #15164-84 |
| DILWORTH PAXSON LLP | WILKINSON GOELLER MODESITT |
| 1500 Market St., Suite 3500E | WILKINSON & DRUMMY LLP |
| Philadelphia, PA 19102 | 333 Ohio Street |
| (215) 575-7000 (telephone) | P.O. Box 800 |
| (215) 575-7200 (facsimile) | Terre Haute, IN 47808 |
| | (812) 232-4311 (telephone) |
| Gregory A. Blue (*pro hac vice*) | (212) 235-5107 (facsimile) |
| DILWORTH PAXSON LLP | |
| 99 Park Avenue, Suite 320 | *Attorneys for Defendant Vivek Gupta* |
| New York, NY 10016 | |
| (917) 675-4252 (telephone) | |
| (212) 208-6874 (facsimile) | |
| | |
| A. Richard M. Blaiklock #20031-49 | |
| Edward D. Thomas #29080-49 | |
| LEWIS WAGNER, LLP | |
| 501 Indiana Avenue, Suite 200 | |
| Indianapolis, Indiana 46202 | |
| (317) 237-0500 x 227 (telephone) | |
| (317) 630-2790 (facsimile) | |
| | |
| *Attorneys for Defendant Banco Popular North America* | |

Dated:  November 4, 2013

2

11398119_1