UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, *et al.* | : : : | |
| Defendants. | : : : | |

## <u>ORDER</u>

AND NOW, this 12th day of November, 2013, upon consideration of

the Motion of Defendants Banco Popular North America and Vivek Gupta for entry of modified

case management plan, and any and all memoranda of law submitted in support of and

opposition to the Motion, it is ORDERED that the MOTION is GRANTED in Part.

It is FURTHER ORDERED that the Case Management Plan in this case is hereby

AMENDED as follows:

- Plaintiffs have filed a Motion to Strike Answer ( docket item 133) and Defendants have filed a Motion to Dismiss ( docket 135)  These motions must be addressed before orders on Class certification can be finalized.

- Notwithstanding those motions, the Parties must commence  and complete all discovery related to  class certification within the next 60 days.

- Defendants shall file their response to Plaintiff's Motion for Class Certification 30 days after the date the court rules on Motions 133 and 135.

1

11398141_1

- Other deadlines and a trial date will be established at the next status conference.

SO ORDERED:

Date: 11/12/2013

_____

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

2