UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, VIVEK V. GUPTA and BANCO POPULAR NORTH AMERICA, | ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS VINOD C. GUPTA, SATYABALA V. GUPTA AND WIPER CORPORATION'S SUPPLEMENTAL SUBMISSION PURSUANT TO THE COURT'S NOVEMBER 14, 2013 MINUTE ENTRY

Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation, by counsel, hereby submit the following supplemental submission pursuant to the Court's November 14, 2013 Minute Entry:

1. Checks from Vinod C. Gupta to Vivek Gupta for title search and notification costs for Indiana tax sales attached hereto as **Exhibit 1**.

2. Affidavit of Robert E. Peck attached hereto as **Exhibit 2**.

3. Plaintiffs' Exhibits in support of Corrected Second Amended Complaint filed in the matter, *Phoenix Bond & Indemnity Co., et al., v. Bridge, et al.*, 1:05-cv-04095 ("Phoenix Bond Matter") [Dkt. 214-8, 214-13], attached hereto as **Exhibit 3**. (See **Exhibit 3**, #214-8, pp. 2-13, #214-13, pp. 1-6).

4. Defendants' John Bridge, Barrett Rochman and Sabre Group's Answer to Plaintiffs' Corrected Second Amended Complaint filed in the Phoenix Bond Matter [Dkt. 413], attached hereto as **Exhibit 4**.  (See **Exhibit 4**, pp. 3-4, 6-7, 19-21, 27-28, 30-32, 49).

5. Defendants' Jesse Rochman, Christopher Rochman, Corinne Rochman, CCJ Investments, LLC, and BRB Investments, LLC's Answer to Plaintiffs' Corrected Second Amended Complaint filed in the Phoenix Bond Matter [Dkt. 416], attached hereto as **Exhibit 5**. (See **Exhibit 5**, pp. 6-7, 18-19, 25-26, 28-30).

6. *BSC Services, Inc., et al., v. Heartwood 88, LLC*, 637 F.3d 750 (7th Cir. 2011) (reversing Court's Order granting Defendants' (Barrett and Jesse Rochman's) Motion for Summary Judgment in the Phoenix Bond Matter and remanding the case accordingly) subsequently filed in Phoenix Bond Matter [Dkt. 692], and attached hereto as **Exhibit 6**. Pertinent excerpts from **Exhibit 6** are found in 637 F.3d 750 at 753, 756-58, 760-61.

7. Plaintiffs' Motion for Voluntary Dismissal filed in the Phoenix Bond Matter [Dkt. 749], attached hereto as **Exhibit 7**; and

8. Order of Voluntary Dismissal filed in the Phoenix Bond Matter [Dkt. 749], attached hereto as **Exhibit 8**.

    Respectfully submitted,

    HARRISON & MOBERLY, LLP

    */s/ David J. Theising*
    David J. Theising
    Stephen E. Arthur
    Marc A.W. Stearns
    HARRISON & MOBERLY, LLP
    10 West Market Street, Suite 700
    Indianapolis, Indiana  46204
    Telephone:     (317) 639-4511
    Facsimile:     (317) 639-9565
    Email: dtheising@harrisonmoberly.com

        sarthur@harrisonmoberly.com
        mstearns@harrisonmoberly.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 18th day of November, 2013, a copy of the foregoing *Supplemental Submission Pursuant to the Court's November 14, 2013 Minute Entry* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

Gregory A. Blue
Joshua D. Wolson
DILWORTH PAXSON, LLP
99 Park Avenue, Suite 320
New York, New York 10016
Email: gblue@dilworthlaw.com
Email: jwolson@dilworthlaw.com

Edward D. Thomas
A. Richard Blaiklock
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202-6146
Email: ethomas@lewiswagner.com
Email: rblaiklock@lewiswagner.com

David P. Friedrich
WILKINSON, GOELLER,
  MODESITT, WILKINSON
  & DRUMMY, LLP
333 Ohio Street
Terre Haute, Indiana 47807
Email: DPFreidrich@wilkinsonlaw.com

        */s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email: dtheising@harrisonmoberly.com

Counsel for Defendants Vinod C. Gupta,
Satyabala V. Gupta and Wiper Corporation