

**WELLS FARGO**    Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2097 | 01/15/13 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643-670    **2097**

1/15 2013

PAY TO
THE ORDER OF _Vivek Gupta_    $ 5,000.00

_Five Thousand_    DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____    _Vivek Gupta_

⑈700643⑈ ⑈0008⑈222⑈6194⑈ 2097

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

# EXHIBIT 1

VG-0002731

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | | Account Number |
|---|---|---|---|---|
| 2105 | 02/01/13 | $10,000.00 | CROWN BANKING XXXXXXXXX6194 | |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643/670                          2105

2/1 2013

PAY TO
THE ORDER OF  _Vivek Gupta_  $ 10,000 00/xx

_Ten thousand_ ———————————  DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____  _Vivek Gupta_

⑆067006432⑆10008122261946⑆ 2105

🏠 Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

VG-0002732

 **WELLS FARGO**   Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2119 | 02/21/13 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
1702 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643/670                    2119

2/21 2013

PAY TO
THE ORDER OF ___Vivek Gupta_____ | $ 5,000.00

___Five Thousand_____ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____    _Vivek Gupta_ (signature)

⑆067006432⑆ 1000812226194⑈ 2119

11713018152 8221Z813 F5038 4Z98085Z 8IC

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002733



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2122 | 03/01/13 | $7,000.00 | CROWN BANKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643-670

2122

3/1 2013

PAY TO
THE ORDER OF VIVEK GUPTA                    $ 7000 00/100

Seven thousand dollars and 00/100          DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

Satyabala. V. Gupta

FOR

⑈067006432⑈ ⑈0008 1222 6194⑈ 2122

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002734



Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| | | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |
| 2168 | 05/03/13 | | |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-843-670                     2168

5/2  20 13

PAY TO
THE ORDER OF    Vivek Gupta                    $ 5,000 00/xx

Five Thousand                              DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR

Vivek Gupta

⑈067006432⑈ ⑈0081222617⑈ 2168

Vivek Gupta

⌂ Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002735



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1875 | 01/17/12 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

```
VINOD C. GUPTA                         63-643-670              1875
SATYABALA V. GUPTA
VIVEK GUPTA                                    1/17/2012
17952 FOXBOROUGH LANE
BOCA RATON, FL 31496
PAY TO        VIVEK GUPTA              $ 5000 00/100
THE ORDER OF

Five  thousand  dollars 00/100         DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.
                                    Satyabala. V. Gupta

FOR

⑈067006432⑈ ⑈0008 1222 6194⑈ 1875
```

VG-0002736



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1900 | 02/17/12 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |



VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643-670

1900

2/17 20 12

PAY TO
THE ORDER OF _Vivek Gupta_   $ 5000 00/xp

_Five thousand_       DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____

⑈067006432⑈ 10008122261940⑈ 1900

🏠 **Equal Housing Lender**
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002737



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1918 | 03/22/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |



```
VINOD C. GUPTA
SATYABALA V. GUPTA                          53643-670            1918
VIVEK GUPTA
17952 FOXBOROUGH LANE                      3/21/2012
BOCA RATON, FL 33496
PAY TO
THE ORDER OF ___ VIVEK GUPTA ___     $ 5000 00/100

Five thousand dollars & 00/100 _____ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.       Satyabala V. Gupta

FOR _____

⑆067006432⑆ ⑈00081222619410  1918
```

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002738



**WELLS FARGO**

Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1946 | 04/25/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643/670                    1946

4/25 2012

PAY TO
THE ORDER OF   Vivek Gupta                         $ 5,000 00/100

Five Thousand                                      DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR_____              _Vivek Gupta_

⑆067006432⑆1000812226194⑈ 1946

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002739



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1952 | 05/22/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

1952

69-843-670

5/22 20 12

PAY TO
THE ORDER OF _Vivek Gupta_ $ 5,000 00/XO

_Five Thousand_ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

_Vivek Gupta_

FOR

⑈067006432⑈ ⑈0008122261946⑈ 1952

⌂ Equal Housing Lender
© 1995 – 2013 Wells Fargo. All rights reserved.

VG-0002740

 **WELLS FARGO** Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1967 | 06/22/12 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-4-3-671                    1967

6/19 20 12

PAY TO
THE ORDER OF  *Vivek Gupta*                $ 5000 00/xx

*Five thousand*                                DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

*Vivek Gupta*

FOR

⑈067006432⑈ ⑈0008 1222619⑈⑈  1967

🏠 Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002741



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2004 | 08/21/12 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17952 FOXBOROUGH LANE
BOCA RATON, FL 33496

83-843-670                    2004

8 21 2012

PAY TO
THE ORDER OF *Vivek Gupta*                   | $ 5000 00/100

*Five thousand dollars and 00/100*                   DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

*Satyabala V. Gupta*

FOR _____

⑆067006432⑆ ⑈0008122261940⑈ 2004

FOR DEPOSIT ONLY TO THE
ACCOUNT OF / OF THE
NAMED PAYEE

⌂ **Equal Housing Lender**
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002742

 **Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2030 | 09/18/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

**VINOD C. GUPTA**
**SATYABALA V. GUPTA**
**VIVEK GUPTA**
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

8343679                          2030

9/17/2012

PAY TO
THE ORDER OF  *Vivek Gupta*                      $ 5000.00

*Five Thousand*                                  DOLLARS

**WACHOVIA BANK, N.A.**
A DIVISION OF WELLS FARGO BANK, N.A.

FOR

⑈067006432⑈1000812226194⑈  2030

♿ **Equal Housing Lender**

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002743



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2066 | 11/20/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

```
                                                    83-863470              2066
  VINOD C. GUPTA
  SATYABALA V. GUPTA
  VIVEK GUPTA                          11/20  20 12
  17962 FOXBOROUGH LANE
  BOCA RATON, FL 33496
  PAY TO
  THE ORDER OF   Vivek Gupta              | $ 5,000 00/100

  Five Thousand                              DOLLARS

  WACHOVIA BANK, N.A.
  A DIVISION OF WELLS FARGO BANK, N.A.
                                          Vivek Gupta
  FOR
  ⑆067006432⑆ ⑈000812226194⑆ 2066
```

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002744



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2070 | 11/27/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

**VINOD C. GUPTA**
**SATYABALA V. GUPTA**
**VIVEK GUPTA**
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63 843-870      **2070**

11/27 20 12

PAY TO THE ORDER OF _Vivek Gupta_    $ 5,000 00/100

_Five Thousand_ ——————— DOLLARS

**WACHOVIA BANK, N.A.**
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____

⑆067006432⑆ 100081222614⑈ 2070

⌂ Equal Housing Lender

© 1995 – 2013 Wells Fargo. All rights reserved.

VG-0002745



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2083 | 12/20/12 | $5,000.00 | CROWN BANKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17982 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643-670      **2083**

12/20 20 12

PAY TO
THE ORDER OF _Vivek Gupta_   $ 5,000 00/xp

_Five Thousand_ _____ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____

⑆067006432⑆ 1000812226194⑈ 2083

⌂ Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002746



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 2090 | 12/28/12 | $60,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17762 FOXBOROUGH LANE
BOCA RATON, FL 33496

1543479

2090

12/27 20 12

PAY TO
THE ORDER OF _Vivek Gupta_ | $ 60,000 00/7X

_Sixty thousand_ ——— DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____ _Vivek Gupta_ MP

⑈0670064 32⑈ ⑉0008 1222 6194⑈ 2090

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002747

 **WELLS FARGO**    Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1743 | 06/14/11 | $1,500.00 | CHECKING XXXXXXXXX6194 |

---

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

1743

6-14 20 11

PAY TO
THE ORDER OF ___ Cash _____ $ 1500 00/xx

One Thousand Five Hundred ———————— DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.
FL    DL 092813
06/14/11 00289 1034 00000009

FOR ___ 19-32-W ___ $1,500.00

*Vivek Gupta*

⑈067006432⑈0008122261946⑈ 1743

WACHOVIA E0615 FL PMP
ORLANDO FL 20110614
►0631-0751-3◄
387 1330334

---

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002748



**WELLS FARGO** Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1745 | 06/21/11 | $5,000.00 | CHECKING XXXXXXXXX6194 |

---

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17062 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-443-670                                    **1745**

6/17  20 11

PAY TO
THE ORDER OF   *Vivek Gupta*                    $ *5,000 00/XX*

*Five Thousand*                                    DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

*Vivek Gupta*

FOR

⑆067006432⑆1000812226194⑆ 1745

117380152 65282011 984 A677091 BIC

---

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002749

 **WELLS FARGO**  Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1749 | 07/05/11 | $300.00 | CHECKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

1749

6/30 20 11

PAY TO THE ORDER OF    Gupta Legal, Pllc                $ 300 00/xx

Three Hundred                                          DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR  Assy + DC                          Vivek Gupta

⑈067006432⑈ ⑈0008 1222 6194⑈ 1749

⑆117308203 078128ll 984 8211983 8l0

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002750



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1758 | 07/21/11 | $5,000.00 | CHECKING XXXXXXXXX8194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

1758

7/19/2011

PAY TO
THE ORDER OF _VIVEK GUPTA_ | $ 5000 00/100

_Five thousand dollars & 00/100_ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____ Satyabala. V. Gupta

⑈067006432⑈ ⑈00081222619194⑈ 1758

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002751



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1776 | 08/22/11 | $5,000.00 | CHECKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17162 FOXBOROUGH LANE
BOCA RATON, FL 33496

00-643-079                                    **1776**

8/18/ 20 11

PAY TO THE ORDER OF   VIVEK GUPTA                 $ 5000 00/100

Five thousand dollars & 00/100                              DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

Satyabala · V· Gupta

FOR _____

⑈067006432⑈ ⑈0008 1 2226 194⑈ 1776

⌂ Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002752



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1801 | 10/05/11 | $5,000.00 | CHECKING XXXXXXXXX6194 |

```
VINOD C. GUPTA                              83-643/670            1801
SATYABALA V. GUPTA
VIVEK GUPTA
17062 FOXBOROUGH LANE                  10/3/  10 11
BOCA RATON, FL  33496
PAY TO
THE ORDER OF    VIVEK GUPTA                    | $ 5000 00/100

Five  thousand  dollars & 00/100                          DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.
FOR                              Satyabala. V- Gupta

⑈0670064321⑈1000812226194⑈ 1801
```

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002753



**WELLS FARGO**  Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1810 | 10/18/11 | $5,000.00 | CHECKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

1810

10/16/2011

PAY TO THE ORDER OF   VIVEK GUPTA          $ 5000 00/100

Five thousand dollars & 00/100                    DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _____               Satyabala. V. Gupta

⑈067006432⑈1000812226194⑈ 1810

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002754



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1833 | 11/18/11 | $5,000.00 | CHECKING XXXXXXXXX8194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

80-643-670                          **1833**

11/18 2011

PAY TO THE ORDER OF _Vivek Gupta_                    $ 5000 00/100

_Five Thousand_ _____ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

_Vivek Gupta_

FOR _____

⑈067006432⑈ ⑈000812226194⑈ 1833

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002755



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1834 | 11/18/11 | $1,600.00 | CHECKING XXXXXXXXX8194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

53-643-670      **1834**

11/18 2011

PAY TO THE ORDER OF: _Vivek Gupta_    $ 1,600.00/xx

_One thousand Six Hundred_ ————— DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

FOR _Franklin City Taxes_     _Vivek Gupta_

⑆067006432⑆ 10008 1 2226194⑈ 1834

🏠 Equal Housing Lender

© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002756



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1859 | 12/23/11 | $5,000.00 | CROWN BANKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
VIVEK GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496

63-643-670         **1859**

12/22/2011

PAY TO THE ORDER OF: *Vivek Gupta*     | $ *5,000 —*

*Five Thousand* _____ DOLLARS

WACHOVIA BANK, N.A.
A DIVISION OF WELLS FARGO BANK, N.A.

*Vivek Gupta*

FOR _____

⑆067006432⑆ 10008 1222 6194⑈ 1859

VG-0002757



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1525 | 02/26/10 | $2,500.00 | CHECKING XXXXXXXX6194 |

VINOD C. GUPTA                                                                1525
SATYABALA V. GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL  33496                2|16| 2010
PH. 561-487-2742
PAY TO                      ViveK GuptA            $ 2500 00/00
THE ORDER OF

Two thousand Five hundred & 00/100                    DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR                        Satyabala V. Gupta

⑈067006432⑈ ⑆0008⑈1222⑈6194⑈  1525  ⑈0000250000⑈

CITIBANK N.A.
MIAMI FLA
861587794 02-25-10
06190-94 02-25-10 04 2222222222

A63197519
COLLECTING BANK  43527
SVC-036  02252010  RGPK
173797596S

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002758



**WELLS FARGO**

## Wells Fargo Business Online®

---

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1585 | 06/28/10 | $3,000.00 | CHECKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496
PH. 561-482-2742                                                          1585

                                                                    6/25/2010

PAY TO THE ORDER OF  VIVEK GUPTA                    $ 3000 ⁰⁰/₁₀₀

Three thousand dollars & ⁰⁰/₁₀₀ _____ DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR _____                              Satyabala - V Gupta

⑆067006432⑆ 10008422 26 194⑈ 1585 ⑆0000300000⑈

VG-0002759



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1612 | 09/01/10 | $2,000.00 | CHECKING XXXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
12962 FOXBOROUGH LANE
BOCA RATON, FL 33496
PH. 561-487-2742

1612

8/31/2010

PAY TO THE ORDER OF    Vivek Gupta    | $ 2000  00 Two

Two thousand dollars & 00/100    DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR _____    Satyabala V. Gupta

⑆067006432⑆ 1000812226194⑆  1612  ⑈0000200000⑈

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002760



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1633 | 10/04/10 | $2,000.00 | CHECKING XXXXXXXX6194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496
561-487-2742

1633

10/1 2010

PAY TO THE ORDER OF  *Vivek Gupta*  $ 2000 00

*Two thousand dollars & 00/100*  DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR _____  *Satyabala V. Gupta*

⑈067006432⑈ 1000B12226194⑈ 1633 ⑈0000200000⑈

CITIBANK N.A.
MIAMI FLA
865605101 10-01-10
865605101 10-01-10 04

1739258594

🏠 Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002761



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1667 | 11/24/10 | -$4,000.00 | CHECKING XXXXXXXX5194 |

VINOD C. GUPTA
SATYABALA V. GUPTA
17982 FOXBOROUGH LANE
BOCA RATON, FL 33496
PH (561) 487-2742

63-643/670                                    1667

11/24 2010

PAY TO THE ORDER OF _Vivek Gupta_ ____ | $ 4000.00

_Four Thousand_ _____ DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR _____

⑆067006432⑆1000812226194⑆ 1667 ⑆0000400000⑆

0631075194

323/072926

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002762



**WELLS FARGO**    Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1668 | 11/24/10 | $500.00 | CHECKING XXXXXXXX6194 |

---

VINOD C. GUPTA
SATYABALA V. GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496
PH: (561)-457-2742

1668

11/24 10 10

THE ORDER OF   *Vivek Gupta*    $ 500 ⁰⁰/₁₀₀

*Five Hundred* _____ DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM

FOR _____

⑆067006432⑆ ⑈000872226194⑈ 1668 ⑈0000050000⑈

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002763

 **WELLS FARGO**   Wells Fargo Business Online®

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1672 | 12/23/10 | $1,000.00 | CHECKING XXXXXXXXX6194 |

VINOD C. GUPTA                                           B40470               **1672**
SATYABALA V. GUPTA
17962 FOXBOROUGH LANE
BOCA RATON, FL 33496                          12/22 2010
PH 561 487-2742
PAY TO                Vivek Gupta                    $ 1000 00/xx
THE ORDER OF
          One Thousand                              DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM
FOR                                  Satyabala V. Gupta

⑆067006432⑆ 1000812226194⑆ 1672 ⑈0000100000⑈

CITIBANK, N.A.
MIAMI FL*
866569365  12-22-10
866569365  12-22-10 84

663387513
COLLECTING BANK   5731T
SVC-036   12222010   027K
1738110294

⌂ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

VG-0002764