UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA,<br>SATYABALA V. GUPTA,<br>WIPER CORPORATION,<br>VIVEK V. GUPTA and<br>BANCO POPULAR NORTH AMERICA, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO STAY MAGISTRATE JUDGE'S NOVEMBER 7, 2013 JOINT ENTRY ON PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT VINOD C. GUPTA'S MOTION FOR PROTECTIVE ORDER AND NOVEMBER 21, 2013 MARGINAL ENTRY DENYING RECONSIDERATION OF SAME

Defendant Vinod C. Gupta ("Mr. Gupta"), by counsel, respectfully moves the Court to stay the Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order (Dkt. 148) and his November 21, 2013 Marginal Entry denying reconsideration of same (Dkt. 163) until disposition of Mr. Gupta's Objection to Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order and November 21, 2013 Marginal Entry Denying Reconsideration of Same (the "Appeal") or any appeal of those Orders to the District Court filed by the Plaintiff, and in support thereof shows the Court that:

1. On November 7, 2013, Magistrate Judge William G. Hussmann, Jr. made and entered his Joint Entry on Plaintiff's Motion to Compel and Defendant's Vinod C. Gupta's Motion for Protective Order (the "Order on Discovery Motions") (Dkt. 148).

2. By Marginal Entry on November 21, 2013, Magistrate Judge Hussmann "decline[d] to reconsider or modify his Order at Docket No. 148." (Dkt. 163).

3. Contemporaneously with the filing hereof, Mr. Gupta has filed his Objection to Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order and November 21, 2013 Marginal Entry Denying Reconsideration of Same (the "Appeal"), wherein he appeals to the District Court that part of the Order on Discovery Motions which requires him to produce certain parts of his federal income tax returns to the Plaintiff.

4. Mr. Gupta respectfully requests that said Order on Discovery Motions be stayed pending disposition of the Appeal and any appeal of that Order to the District Court filed by the Plaintiff.

5. As more fully set forth in said Objection, the prejudice to Mr. Gupta of producing parts of his federal income tax returns to the Plaintiff herein before consideration and disposition of the Appeal would be grave, and would be irreversible if his Objection is ultimately sustained on appeal to the District Court. Once Mr. Gupta surrenders those parts of his federal income tax returns required by the Order on Discovery Motions to be produced to the Plaintiff, that production cannot be "undone," even if this Court were to subsequently sustain his said Objection to the Order on Discovery Motions.

WHEREFORE, the Defendant Mr. Gupta respectfully prays that the Court enter an Order staying the Order on Discovery Motions pending disposition of the Appeal and any appeal of that Order to the District Court filed by the Plaintiff, and for all just and proper relief in the premises.

HARRISON & MOBERLY, LLP

*/s/ David J. Theising*
David J. Theising
Stephen E. Arthur
Marc A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email: dtheising@harrisonmoberly.com
sarthur@harrisonmoberly.com
mstearns@harrisonmoberly.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 9th day of December, 2013, a copy of the foregoing *Motion to Stay Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order and November 21, 2013 Marginal Entry Denying Reconsideration of Same* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

Gregory A. Blue
Joshua D. Wolson
DILWORTH PAXSON, LLP
99 Park Avenue, Suite 320
New York, New York 10016
Email: gblue@dilworthlaw.com
Email: jwolson@dilworthlaw.com

Edward D. Thomas
A. Richard Blaiklock
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202-6146
Email: ethomas@lewiswagner.com
Email: rblaiklock@lewiswagner.com

David P. Friedrich
WILKINSON, GOELLER,
 MODESITT, WILKINSON
 & DRUMMY, LLP
333 Ohio Street
Terre Haute, Indiana 47807
Email: DPFreidrich@wilkinsonlaw.com

*/s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email: dtheising@harrisonmoberly.com

Counsel for Defendant Vinod C. Gupta