UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, VIVEK V. GUPTA and BANCO POPULAR NORTH AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC DISCOVERY CONFERENCE**

At counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on December 16, 2013, for an informal, unscheduled discovery conference. Plaintiff was represented by counsel, John S. Sandberg and Jesse B. Rochman. The Vinod Gupta Defendants were represented by counsel, David J. Theising and Stephen E. Arthur. Defendant Banco Popular North America was represented by counsel, A. Richard Blaiklock and Gregory A. Blue. Defendant Vivek Gupta was not represented at the conference.

No formal orders were entered at this conference, and the conference was not conducted on the record. The Vinod Gupta Defendants have indicated that they would provide all appropriate supplemental responses pursuant to the Court's prior order by December 20, 2013.

The parties discussed possible modifications to the Court's prior Order at Docket No. 44. The Magistrate Judge indicated that it was unlikely that he would reconsider or restructure that Order based on the informal information before the Magistrate Judge at this date. However, formal motions to reconsider may be filed.

Discussions concerning an additional file which may be jointly possessed by Vinod Gupta and Vivek Gupta ensued. The Magistrate Judge indicated that it is likely that this file would need to be produced so long as Vinod Gupta controlled those documents as the client and so long as Vivek Gupta would not object because those documents may be work product with respect to some other client.

The Magistrate Judge does believe it is prudent to set a further status conference in this case and hereby sets one for **WEDNESDAY, MARCH 5, 2014,** at 2:00 p.m., Terre Haute time (EST), before the Magistrate Judge. **The information needed to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** January 2, 2014

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**