UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-cv-355-JMS-WGH |
| ) | |
| VINOD C. GUPTA, SATYABALA V. ) | |
| GUPTA, WIPER CORPORATION, ) | |
| VIVEK V. GUPTA and BANCO ) | |
| POPULAR NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

## MINUTE ENTRY
### December 30, 2013

At counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on December 30, 2013, for an informal, unscheduled discovery conference. All parties were represented by counsel, except Vivek V. Gupta's counsel, David P. Friedrich, did not participate in the conference.

The Magistrate Judge made no formal rulings, but he did indicate that he would not likely find that Banco Popular North America had wilfully waived its right to object to topics in a Federal Rule of Civil Procedure 30(b)(6) Notice by virtue of their failure to object to the Subpoena issued out of the Southern District of New York, which was served upon the bank while it was not a party to this litigation. The parties are encouraged to work on an appropriate notice

under Federal Rule of Civil Procedure 30(b)(6), if necessary, to resolve the issues raised under Exhibit A to the Subpoena.

**Entered:** January 3, 2014

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**