UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
|   *vs*. | ) | 2:12-cv-00355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, | ) | |
| WIPER CORPORATION, VIVEK V. GUPTA, and | ) | |
| BANCO POPULAR NORTH AMERICA, | ) | |
|    *Defendants*. | ) | |

## **ORDER**

Presently pending before the Court are several motions, including: (1) Plaintiff Joshua Crissen's Motion to Strike, [dkt. 133]; (2) Mr. Crissen's subsequent Motion to Strike, [dkt. 164]; (3) Defendant Vinod Gupta's Objection to Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order and November 21, 2013 Marginal Entry Denying Reconsideration of Same, [dkt. 171]; and (4) Vinod Gupta's Motion to Stay Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order and November 21, 2013 Marginal Entry Denying Reconsideration of Same, [dkt. 172].[1]

In light of the filing of an Amended Answer and Affirmative Defenses by Defendants Vinod Gupta, Satyabala Gupta, and Wiper Corporation ("Wiper"), [dkt. 143], the Court **DENIES AS MOOT** Mr. Crissen's Motion to Strike, [dkt. 133], as that motion does not address the operative Amended Answer.

Additionally, the Court **GRANTS** Mr. Gupta's Motion to Stay, [dkt. 172], as it relates to Request No. 7 in Plaintiff's Third Request for Production Directed to Defendant Vinod C. Gupta.

---

[1] Also pending is Defendant Banco Popular North America's Motion to Dismiss Plaintiff's First Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), [dkt. 135], which the Court will rule upon in due course.

Accordingly, the portions of the Magistrate Judge's November 7, 2013 Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order, [dkt. 148], and November 21, 2013 Marginal Entry denying reconsideration of same, [dkt. 163], which relate to Request No. 7 in Plaintiff's Third Request for Production Directed to Defendant Vinod C. Gupta are **STAYED** pending this Court's resolution of Mr. Gupta's Objection, [dkt. 171].

Further, the Court sets Mr. Crissen's pending Motion to Strike, [dkt. 164], and Mr. Gupta's Objection, [dkt. 171], for hearing on **February 5, 2014 at 10:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  Each side shall have a total of thirty minutes for argument on both motions.  Mr. Crissen is **ORDERED** to attend the hearing and to answer as to why he represented to the Court that he alone redeemed the property, [dkt. 29 at 6 ("Plaintiff, and Plaintiff alone, paid Defendants to redeem Plaintiff's Property…")], then later testified to the contrary in his deposition, [dkt. 142-5 at 3-4 ("Q: [A] more accurate statement of the facts was that Plaintiff's property was redeemed by the Plaintiff, which is you, and your wife, Linda; is that correct?  A: Yeah")].

Defendant Banco Popular North America may attend the hearing, but is not required to do so.

**Distribution via ECF only to all counsel of record**