UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VINOD C. GUPTA, *et al.*<br>Defendants. | Case No. 2:12-cv-00355-JMS-WGH |

## Order

The Court, having held a telephonic conference on January 15, 2014, and having found that there is a dispute between the parties concerning the recall of certain documents produced by defendant Banco Popular North America to counsel for the Plaintiff, and having found that there is good cause to preserve the *status quo* pending resolution of the dispute, IT IS HEREBY ORDERED THAT:

1. Defendant Banco Popular North America shall file a motion concerning its recall of documents no later than January 22, 2014. Any other defendant may, but is not required to, join in such motion or file a motion concerning the same subject matter. Plaintiff shall file any opposition to the motion(s) on or before January 29, 2014, and defendant(s) shall file any reply thereto on or before February 3, 2014.

2. Until the later of: (i) entry of an Order containing the Magistrate Judge's decision on the motion described in paragraph 1 above; or (ii) the entry of an Order containing the District Court's decision on the Gupta Defendants' Appeal of the Magistrate Judge's [Dkt. 171] counsel for Plaintiff shall not review, copy, access (including accessing such documents on computer servers where they are stored), or otherwise use any document recalled by Defendant Banco Popular North America.

IT IS SO ORDERED.

Dated: 1/16/2014

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge