UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>                          v.<br><br>VINOD C. GUPTA, *et al.*<br>                       Defendants. | Case No. 2:12-cv-00355-JMS-WGH |

**DECLARATION OF GREGORY A. BLUE
IN SUPPORT OF DEFENDANT BANCO POPULAR
NORTH AMERICA'S  MOTION TO ENFORCE
<u>THE PROTECTIVE ORDER</u>**

**GREGORY A. BLUE**, an attorney admitted to the practice of law, declares:

      1.      I am a partner with Dilworth Paxson, LLP, and an attorney for Defendant Banco Popular North America ("BPNA"), in this action.  I make this declaration in support of BPNA's Motion to Enforce the Protective Order.

      2.      Attached hereto as Exhibit "A" is a true and correct copy of a subpoena *duces tecum* that Plaintiff served on BPNA, on or about May 2, 2013.

      3.      Attached hereto as Exhibit "B" is a true and correct copy of an email from Gregory A. Blue to Plaintiff's counsel dated December 27, 2013.

      4.      Attached hereto as Exhibit "C" is a true and correct copy of an email from Gregory A. Blue to all counsel dated December 30, 2013, and Mr. Sandberg's email response dated that same day.

11498834_3

5.      Attached hereto as Exhibit "D" is a true and correct copy of an email from John S. Sandberg to Gregory A. Blue dated December 31, 2013.

6.      Attached hereto as Exhibit "E" is a true and correct copy of an email from Josh D. Wolson to John S. Sandberg dated January 9, 2014.

7.      Attached hereto as Exhibit "F" is a true and correct copy of an email from John S. Sandberg to Joshua D. Wolson dated January 9, 2014.

8.      Attached hereto as Exhibit "G" is a true and correct copy of an email from Stephen Arthur to John S. Sandberg dated January 9, 2014.

9.      Attached hereto as Exhibit "H" is a true and correct copy of an email from Gregory A. Blue to John S. Sandberg dated January 10, 2014.

10.     Attached hereto as Exhibit "I" is a true and correct copy of an email from John S. Sandberg to Gregory A. Blue dated January 12, 2014.

I declare the foregoing is true under penalty of perjury.

Executed on January 22, 2014
          New York, NY

                                                       /s/ Gregory A. Blue
                                                       Gregory A. Blue

11498834_3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on the 22nd day of January, 2014, a copy of the foregoing Declaration of Gregory A. Blue was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    John S. Sandberg
    Bhavik R. Patel
    Jesse B. Rochman
    SANDBERG PHOENIX & VON GONTARD P.C.
    600 Washington Avenue – 15th Floor
    St. Louis, MO 63101
    jsandberg@sandbergphoenix.com
    bpatel@sandbergphoenix.com
    jrochman@sandbergphoenix.com

    *Counsel for Plaintiff*

    Stephen E. Arthur
    Mark Allen William Stearns
    David J. Theising
    HARRISON & MOBERLY
    10 West Market St., Suite 700
    Indianapolis, IN 46204
    sarthur@harrisonmoberly.com
    mstearns@harrisonmoberly.com
    dtheising@harrisonmoberly.com

    *Counsel for Defendants Wiper Corp., Vinod Gupta, and Satyabala Gupta*

    David P. Friedrich
    WILKINSON, GOELLER, MODESITT, WILKINSON & DRUMMY
    333 Ohio Street, P.O. Box 800
    Terre Haute, IN 47808-0800
    dpfriedrich@wilkinsonlaw.com

    *Counsel for Defendant Vivek V. Gupta*

                                     /s/ Gregory A. Blue

11498834_3