UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN,      )  |  |
|     *Plaintiff*,      ) | |
|                    ) | |
|     *vs*.      ) | 2:12-cv-00355-JMS-WGH |
|                    ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA,  ) | |
| WIPER CORPORATION, VIVEK V. GUPTA, and  ) | |
| BANCO POPULAR NORTH AMERICA,      ) | |
|     *Defendants*.      ) | |

## ORDER

On January 22, 2014, Defendant Banco Popular North America ("Banco Popular") filed a Motion to Enforce Protective Order. [Dkt. 191.] In the motion, Banco Popular argues that Plaintiff Joshua Crissen has retained certain documents Banco Popular inadvertently produced and, as a result, is in violation of the Protective Order entered in this case. Banco Popular further asserts that counsel for Mr. Crissen has improperly reviewed those documents and has refused to return or destroy them.

The motion is the latest in a string of discovery disputes in this case, which prompts the Court to caution counsel and the parties that "[l]awyers and litigants who decide that they will play by rules of their own invention will find that the game cannot be won." *United States v. Golden Elevator, Inc.*, 27 F.3d 301, 302 (7th Cir. 1994) (internal quotation omitted). Mr. Crissen is **ORDERED** to file any response to the motion by **January 30, 2014**. In the response, Mr. Crissen must identify all of his counsel that have either reviewed the documents that Banco Popular has identified as inadvertently produced, or been privy to discussions regarding the contents of those documents. Banco Popular is **ORDERED** to file any reply by **February 4, 2014 at noon**.

1

The Court sets the Motion to Enforce Protective Order, [dkt. 191], for hearing on **February 5, 2014 at 10:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  Each side shall have fifteen minutes for argument.  The motion will be heard in addition to Mr. Crissen's pending Motion to Strike, [dkt. 164], and Defendant Vinod Gupta's pending Objection, [dkt. 171].  Banco Popular, while not required to address the Motion to Strike or the Objection, now must attend the hearing to address the Motion to Enforce Protective Order.  Additionally, all counsel involved in communications relevant to the Motion to Enforce Protective Order – including John Sandberg, Gregory Blue, and Joshua Wolson – must attend the hearing in person and be prepared to answer any questions the Court may have.

**Distribution via ECF only to all counsel of record**