UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>VINOD C. GUPTA,<br>SATYABALA V. GUPTA,<br>WIPER CORPORATION,<br>VIVEK V. GUPTA and<br>BANCO POPULAR NORTH AMERICA,<br><br>                Defendants. | Case No. 2:12-cv-00355-JMS-WGH |

**MOTION TO DISMISS OR FOR OTHER OR FURTHER
SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER**

The Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation (collectively, the "Gupta Defendants"), by counsel, respectfully move the Court to dismiss this action and/or for other or further sanctions under Fed. R. Civ. P. 37(b) against the Plaintiff Joshua B. Crissen ("Crissen") and/or his counsel for violation of the Protective Order (Dkt. 47) entered in this action on June 19, 2013, as modified by the Joint Entry on Plaintiff's Motion to Compel and Defendant Vinod C. Gupta's Motion for Protective Order entered on November 7, 2013 (Dkt. 148). In support of this motion, the Gupta Defendants are filing contemporaneously herewith their Brief in Support of Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order (the "Brief in Support"). In further support of this motion, the Gupta Defendants state pursuant to S.D. Ind. L.R. 37-1 that their undersigned counsel attempted to resolve this dispute by exchange of a series of emails with counsel for Crissen on December 19 and 20, 2013, a copy of which emails is attached to the Brief in Support as Exhibit 3. In

addition, the undersigned counsel for the Gupta Defendants conferred with John S. Sandberg, counsel for Crissen, in a telephone conference at 2:30 p.m. E.S.T. on Thursday, January 9, 2014, in an unsuccessful effort to resolve this matter.  Finally, the undersigned counsel raised this matter in a telephonic discovery conference with Magistrate Judge William J. Hussmann, Jr. in which all counsel participated at 10:30 a.m. E.S.T. on Wednesday, January 15, 2014, and it was not resolved.

WHEREFORE, the Gupta Defendants respectfully pray that the Court enter an Order dismissing this action with prejudice and/or imposing such other or further sanctions against Crissen and/or his counsel as the Court deems appropriate, awarding the Gupta Defendants their attorneys' fees and expenses related to this motion, and for all just and proper relief in the premises.

                HARRISON & MOBERLY, LLP

                */s/ David J. Theising*
                David J. Theising
                Stephen E. Arthur
                Marc. A.W. Stearns
                HARRISON & MOBERLY, LLP
                10 West Market Street, Suite 700
                Indianapolis, Indiana  46204
                Telephone:     (317) 639-4511
                Facsimile:     (317) 639-9565
                Email: dtheising@harrisonmoberly.com
                        sarthur@harrisonmoberly.com
                        mstearns@harrisonmoberly.com

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on the 27th day of January, 2014, a copy of the foregoing *Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| John S. Sandberg<br>Bhavik R. Patel<br>Jesse B. Rochman<br>SANDBERG, PHOENIX & von GONTARD, P.C.<br>600 Washington Avenue, 15th Floor<br>St. Louis, Missouri  63101<br>Email: jsandberg@sandbergphoenix.com<br>Email: bpatel@sandbergphoenix.com<br>Email: jrochman@sandbergphoenix.com | Gregory A. Blue<br>Joshua D. Wolson<br>DILWORTH PAXSON, LLP<br>99 Park Avenue, Suite 320<br>New York, New York  10016<br>Email: gblue@dilworthlaw.com<br>Email: jwolson@dilworthlaw.com |
| Edward D. Thomas<br>A. Richard Blaiklock<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, Indiana  46202-6146<br>Email: ethomas@lewiswagner.com<br>Email: rblaiklock@lewiswagner.com | David P. Friedrich<br>WILKINSON, GOELLER,<br> MODESITT, WILKINSON<br> & DRUMMY, LLP<br>333 Ohio Street<br>Terre Haute, Indiana  47807<br>Email: DPFreidrich@wilkinsonlaw.com |

                */s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants Vinod C. Gupta,
 Satyabala V. Gupta and Wiper Corporation