

DIRECT DIAL NUMBER:
(917) 675-4252

Gregory Blue
gblue@dilworthlaw.com

December 13, 2013

**VIA UPS NEXT DAY SERVICE**

John S. Sandberg, Esq.
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101

    RE:    <u>Crissen v. Gupta et al.</u>

Dear John:

    Enclosed is a disk containing documents Bates numbered BPNA0016840 – BPNA0028605.

Very truly yours,

Gregory Blue

GAB

Enclosure

cc:    Stephen A. Arthur, Esq. (with enclosure) ✓
       David P. Friedrich, Esq. (with enclosure)
       Joshua D. Wolson, Esq.

# EXHIBIT 1