**David Theising**

| | |
|---|---|
| **From:** | David Theising |
| **Sent:** | Friday, December 20, 2013 4:09 PM |
| **To:** | 'John S. Sandberg' |
| **Cc:** | Jesse Rochman; 'Blue, Gregory A.'; 'Wolson, Joshua D. (PHL)'; 'David P. Friedrich' |
| **Subject:** | RE: Crissen [SPVG-LIB1.FID521456] |

John:

You're being evasive. For the third time, what in my email of yesterday do you disagree with? I'm trying to give you an opportunity to explain before I go to the court.

David J. Theising
Attorney at Law
Harrison & Moberly, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Direct Dial: (317) 262-3754
Facsimile: (317) 639-9565
Direct Facsimile: (317) 262-3755
E-mail: dtheising@harrisonmoberly.com
Website: http://www.harrisonmoberly.com LinkedIn Profile: http://www.linkedin.com/pub/david-theising/34/738/a45

Licensed to practice law in Indiana, Pennsylvania, Maryland, Virginia, North Carolina, Texas, Colorado, and the District of Columbia

****PRIVILEGED & CONFIDENTIAL*****
ATTORNEY/CLIENT COMMUNICATION
This e-mail contains confidential information belonging to the sender which is privileged. This information is intended only for the use of the individual addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the contents of this communication.

-----Original Message-----
From: John S. Sandberg [mailto:jsandberg@sandbergphoenix.com]
Sent: Friday, December 20, 2013 3:01 PM
To: David Theising
Cc: Jesse Rochman; 'Blue, Gregory A.'; 'Wolson, Joshua D. (PHL)'; 'David P. Friedrich'
Subject: RE: Crissen [SPVG-LIB1.FID521456]

I disagree with your 12/19 1144a email.
If you want to take the issue with the judge on the 30th you can do so.
So you can add it to the agenda or request a conference another time.

As to the documents how are you getting the documents to us today?
John

-----Original Message-----
From: David Theising [mailto:DTheising@harrisonmoberly.com]
Sent: Friday, December 20, 2013 1:56 PM
To: John S. Sandberg
Cc: Jesse Rochman; 'Blue, Gregory A.'; 'Wolson, Joshua D. (PHL)'; 'David P. Friedrich'
Subject: RE: Crissen [SPVG-LIB1.FID521456]

**EXHIBIT 3**

John:

What do you disagree with?

And what happens on the 30th? If you're referring to the conference call with the Magistrate Judge, you said that call didn't affect me or my client. Now you're suggesting that something will happen that day concerning Jesse looking at BPNA's documents that very directly affects my client. Which is it?

I'll send you the documents like I said I would. You don't have to keep asking.

Please answer my questions above.


David J. Theising
Attorney at Law
Harrison & Moberly, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Direct Dial: (317) 262-3754
Facsimile: (317) 639-9565
Direct Facsimile: (317) 262-3755
E-mail: dtheising@harrisonmoberly.com
Website: http://www.harrisonmoberly.com LinkedIn Profile: http://www.linkedin.com/pub/david-theising/34/738/a45

Licensed to practice law in Indiana, Pennsylvania, Maryland, Virginia, North Carolina, Texas, Colorado, and the District of Columbia

****PRIVILEGED & CONFIDENTIAL*****
ATTORNEY/CLIENT COMMUNICATION
This e-mail contains confidential information belonging to the sender which is privileged. This information is intended only for the use of the individual addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the contents of this communication.


-----Original Message-----
From: John S. Sandberg [mailto:jsandberg@sandbergphoenix.com]
Sent: Friday, December 20, 2013 2:38 PM
To: David Theising
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Dave
We disagree. However Jesse will refrain from looking at BPNA's documents til the 30th.
For the second time, how do you propose to get us the documents that are due from you today? You didn't answer the first time.
John

-----Original Message-----
From: David Theising [mailto:DTheising@harrisonmoberly.com]
Sent: Friday, December 20, 2013 12:30 PM
To: Jesse Rochman
Cc: 'Blue, Gregory A.'; 'Wolson, Joshua D. (PHL)'; 'rblaiklock@lweiswagner.com'; John S. Sandberg; Stephen Arthur; Marc Stearns; 'David P. Friedrich'
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Jesse and John:

I have not heard from you in response to my below email of yesterday morning, even though you (John) have responded to several emails subsequently sent to you regarding this case. In fairness, I'd like to hear from you today before deciding whether or how to take this up with the court.

Dave


David J. Theising
Attorney at Law
Harrison & Moberly, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Direct Dial: (317) 262-3754
Facsimile: (317) 639-9565
Direct Facsimile: (317) 262-3755
E-mail: dtheising@harrisonmoberly.com
Website: http://www.harrisonmoberly.com LinkedIn Profile: http://www.linkedin.com/pub/david-theising/34/738/a45

Licensed to practice law in Indiana, Pennsylvania, Maryland, Virginia, North Carolina, Texas, Colorado, and the District of Columbia

****PRIVILEGED & CONFIDENTIAL*****
ATTORNEY/CLIENT COMMUNICATION
This e-mail contains confidential information belonging to the sender which is privileged. This information is intended only for the use of the individual addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the contents of this communication.


-----Original Message-----
From: David Theising
Sent: Thursday, December 19, 2013 11:44 AM
To: 'Jesse Rochman'
Cc: Blue, Gregory A.; Wolson, Joshua D. (PHL); rblaiklock@lweiswagner.com; John S. Sandberg; Stephen Arthur; Marc Stearns; 'David P. Friedrich'
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Jesse:

How can you possibly be reviewing documents recently produced by BPNA? All bank documents in this case have been designated as confidential and protected material pursuant to the June 19, 2013 Protective Order in this case, and the Magistrate Judge's November 7 Order modified that protective order to expressly deny you access to those documents. Why are you reviewing the most recent production from BPNA?


David J. Theising
Attorney at Law
Harrison & Moberly, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Direct Dial: (317) 262-3754
Facsimile: (317) 639-9565
Direct Facsimile: (317) 262-3755
E-mail: dtheising@harrisonmoberly.com
Website: http://www.harrisonmoberly.com LinkedIn Profile: http://www.linkedin.com/pub/david-theising/34/738/a45

Licensed to practice law in Indiana, Pennsylvania, Maryland, Virginia, North Carolina, Texas, Colorado, and the District of Columbia

****PRIVILEGED & CONFIDENTIAL*****
ATTORNEY/CLIENT COMMUNICATION
This e-mail contains confidential information belonging to the sender which is privileged. This information is intended only for the use of the individual addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete the contents of this communication.

-----Original Message-----
From: Jesse Rochman [mailto:jrochman@sandbergphoenix.com]
Sent: Thursday, December 19, 2013 9:26 AM
To: Blue, Gregory A.
Cc: Wolson, Joshua D. (PHL); John S. Sandberg; David Theising; Stephen Arthur
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Just for everyone's information, we agree that if the bank produces the financial statements, it may do so under the more limited protective order created by the Magistrate's ruling and produce the documents directly to John. That way there will be no concern about me viewing the documents.

Jesse Rochman
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Direct Dial: 314.446.4310
Tel: 314.231.3332
Fax: 314.241.7604
jrochman@sandbergphoenix.com
http://www.sandbergphoenix.com

In accordance with IRS Circular 230, to the extent this email, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 314-231-3332 and delete this e-mail message from your computer. Thank you.

-----Original Message-----
From: Blue, Gregory A. [mailto:gblue@dilworthlaw.com]
Sent: Thursday, December 19, 2013 8:17 AM
To: Jesse Rochman
Cc: Wolson, Joshua D. (PHL); John S. Sandberg; David Theising; Stephen Arthur
Subject: Re: Crissen [SPVG-LIB1.FID521456]

Jesse -
I think your primary dispute here is with Guptas, who obtained the original protective order. I'm going to defer to their counsel (now copied on this email) to respond to you on this issue.

Greg


Gregory A. Blue | Dilworth Paxson LLP
99 Park Avenue | Suite 320 | New York, NY 10019
Tel: (917) 675-4252 | Fax: (212) 208-6874 gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com> |
www.dilworthlaw.com

From: Jesse Rochman <jrochman@sandbergphoenix.com<mailto:jrochman@sandbergphoenix.com>>
Date: Wednesday, December 18, 2013 at 3:48 PM

To: Gregory Blue <gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com>>, John Sandberg <jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com>>
Cc: Joshua Wolson <jwolson@dilworthlaw.com<mailto:jwolson@dilworthlaw.com>>
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Greg,

You are referring to the Magistrate's June 4 protective order (Doc. 42) and the explanation of that order (Doc. 44). The Magistrate explained that "while the Motion to Quash must be denied, a limited protective order will issue to protect certain financial data, at least until a later date when a more specific showing of relevancy is made." (Doc. 44 at 2). Vinod already argued to the Magistrate that Docket Entry 44 precluded production of the financial statements. The Magistrate held "Vinod's arguments as to relevance, Docket Entry 44, and overbreadth fail.. to the extent these requests are encompassed by Docket Entry 44, the Court finds that Plaintiff has articulated a sufficient showing of relevance and good cause to render the documents discoverable." (Doc. 148 at 12-13).

What is BPNA's continued basis for withholding the financial statements after the Court has found Plaintiff made the more specific showing of relevance required by the limited protective order you are referring to below?

Jesse Rochman
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Direct Dial: 314.446.4310
Tel: 314.231.3332
Fax: 314.241.7604
jrochman@sandbergphoenix.com<mailto:jrochman@sandbergphoenix.com>
http://www.sandbergphoenix.com
In accordance with IRS Circular 230, to the extent this email, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 314-231-3332 and delete this e-mail message from your computer. Thank you.


-----Original Message-----
From: Blue, Gregory A. [mailto:gblue@dilworthlaw.com]
Sent: Wednesday, December 18, 2013 2:38 PM
To: Jesse Rochman; John S. Sandberg
Cc: Wolson, Joshua D. (PHL)
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Financial statements are covered by the Magistrate's June 4 protective order. We will not be producing them.

Gregory A. Blue | Dilworth Paxson LLP
99 Park Avenue | Suite 320 | New York, NY 10019
Tel: (917) 675-4252 | Fax: (212) 208-6874 gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com> |
www.dilworthlaw.com<http://www.dilworthlaw.com>

-----Original Message-----
From: Jesse Rochman [mailto:jrochman@sandbergphoenix.com]
Sent: Wednesday, December 18, 2013 3:24 PM
To: Blue, Gregory A.; John S. Sandberg
Cc: Wolson, Joshua D. (PHL)
Subject: RE: Crissen [SPVG-LIB1.FID521456]

I was asking for the document so we could determine if there is any reason to continue the dispute over production of the completed applications. If reviewing a blank application leaves us with the impression that the information the Guptas

5

provided would not be relevant or lead to relevant information in this case, then we would likely drop the issue and not need to unnecessarily involve the court.

I have also started reviewing the most recent production from BPNA. Section 4 (BPNA0016889) looks to be the section containing the Gupta's financial statements, but it does not appear any financial statements were produced. Is BPNA producing the financial statements?

Jesse Rochman
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Direct Dial: 314.446.4310
Tel: 314.231.3332
Fax: 314.241.7604
jrochman@sandbergphoenix.com<mailto:jrochman@sandbergphoenix.com>
http://www.sandbergphoenix.com
In accordance with IRS Circular 230, to the extent this email, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 314-231-3332 and delete this e-mail message from your computer. Thank you.


-----Original Message-----
From: Blue, Gregory A. [mailto:gblue@dilworthlaw.com]
Sent: Wednesday, December 18, 2013 2:11 PM
To: Jesse Rochman; John S. Sandberg
Cc: Wolson, Joshua D. (PHL)
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Jesse -
We don't see how a blank or redacted application form is relevant to the claims or defenses in the case.

Greg

Gregory A. Blue | Dilworth Paxson LLP
99 Park Avenue | Suite 320 | New York, NY 10019
Tel: (917) 675-4252 | Fax: (212) 208-6874 gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com> |
www.dilworthlaw.com<http://www.dilworthlaw.com>

-----Original Message-----
From: Jesse Rochman [mailto:jrochman@sandbergphoenix.com]
Sent: Wednesday, December 18, 2013 11:18 AM
To: Blue, Gregory A.; John S. Sandberg
Cc: Wolson, Joshua D. (PHL)
Subject: RE: Crissen [SPVG-LIB1.FID521456]

Greg,

So will you provide us a blank application from BPNA like the one the Guptas completed, or one where all the information provided is redacted, but we can see what information they were being asked to provide?

Jesse Rochman
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101
Direct Dial: 314.446.4310

Tel: 314.231.3332
Fax: 314.241.7604
jrochman@sandbergphoenix.com<mailto:jrochman@sandbergphoenix.com>
http://www.sandbergphoenix.com

In accordance with IRS Circular 230, to the extent this email, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at 314-231-3332 and delete this e-mail message from your computer. Thank you.


-----Original Message-----
From: Blue, Gregory A. [mailto:gblue@dilworthlaw.com]
Sent: Wednesday, December 18, 2013 10:11 AM
To: John S. Sandberg
Cc: Jesse Rochman; Wolson, Joshua D. (PHL)
Subject: Re: Crissen [SPVG-LIB1.FID521456]

John -
In response to this, I asked the client to look for the Kislak application. That search turned up a few completed applications, including from the BPNA era. So to correct my statement below, the client does have additional applications. That said, they are remain covered by the Magistrate Judge's protective order.

Greg


Gregory A. Blue | Dilworth Paxson LLP
99 Park Avenue | Suite 320 | New York, NY 10016
Tel: (917) 675-4252 | Fax: (212) 208-6874 gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com> |
www.dilworthlaw.com<http://www.dilworthlaw.com>

On Dec 16, 2013, at 3:27 PM, "John S. Sandberg" <jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com>>> wrote:

Greg
So at best you have only one application, the Kislak application. Do you have the Kislak application? No point in fighting if you don't.
john

From: Blue, Gregory A. [mailto:gblue@dilworthlaw.com]
Sent: Wednesday, December 11, 2013 4:50 PM
To: John S. Sandberg
Cc: Jesse Rochman; Wolson, Joshua D. (PHL)
Subject: RE: Crissen [SPVG-LIB1.FID521456]

John -
I haven't seen anything like a form application from BPNA that was filled out by the Guptas. I looked back at Mr. Muniz's testimony, and what he said was that there may have been an application on the original line of credit from Kislak, but that on the renewals there was no application. This is from page 90:

7   Q. And what about with Banco Popular now, that
8   with the Guptas and Wiper, where they either
9   renewed their credit line or increased it?
10   A. No application.
11   Q. No application. But you as the loan officer
12   still have to do a loan write-up?

13    MR. ARTHUR: Asked and answered,
14    objection.
15    A. Yes.

So, to answer your question below, there is no "blank application from BPNA like the one the Guptas would have used."

Greg

Gregory A. Blue | Dilworth Paxson LLP
99 Park Avenue | Suite 320 | New York, NY 10019
Tel: (917) 675-4252 | Fax: (212) 208-6874
gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com<mailto:gblue@dilworthlaw.com>
> | www.dilworthlaw.com<http://www.dilworthlaw.com<http://www.dilworthlaw.com<http://www.dilworthlaw.com>>
From: John S. Sandberg [mailto:jsandberg@sandbergphoenix.com]
Sent: Monday, December 09, 2013 5:04 PM
To: Blue, Gregory A.
Cc: Jesse Rochman
Subject: Crissen [SPVG-LIB1.FID521456]

Greg
I know you object to producing loan applications but would you provide a blank application from BPNA like one the Guptas would have used? Let me know.
john

John S. Sandberg
Partner
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
Direct: 314-446-4214
Tel: 314-231-3332
Fax: 314-241-7604
Cell: 314-616-0799
jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com<mailto:jsandberg@sandbergphoenix.com>>
http://www.sandbergphoenix.com

CONFIDENTIALITY NOTICE:
This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

IRS CIRCULAR 230 NOTICE:
To comply with the requirements imposed by the Internal Revenue Code, to the extent this e-mail, including attachments, contains an opinion on one or more Federal tax issues, such opinion was not written to be used and cannot be used for the purpose of avoiding penalties. If you would like a formal written opinion on a particular tax matter which you can rely for the purpose of avoiding penalties, please contact us.

www.DilworthLaw.com<http://www.DilworthLaw.com<http://www.DilworthLaw.com<http://www.DilworthLaw.com>>

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com>> or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-

mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com<http://www.DilworthLaw.com>

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com> or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com<http://www.DilworthLaw.com>

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com> or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com<http://www.DilworthLaw.com>

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com<mailto:postmaster@dilworthlaw.com> or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

---

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.