UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN,<br>    *Plaintiff*,<br><br>    *vs.*<br><br>VINOD C. GUPTA, SATYABALA V. GUPTA,<br>WIPER CORPORATION, VIVEK V. GUPTA, and<br>BANCO POPULAR NORTH AMERICA,<br>    *Defendants*. | )<br>)<br>)<br>)    2:12-cv-00355-JMS-WGH<br>)<br>)<br>)<br>)<br>) |

## ORDER

On January 27, 2014, Defendants Vinod Gupta, Satyabala Gupta, and Wiper Corporation ("Wiper") filed a Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order. [Dkt. 195.] In the motion, Defendants assert that counsel for Plaintiff Joshua Crissen, Jesse Rochman, has reviewed confidential documents produced in this case, in violation of the Protective Order as modified by the Magistrate Judge in a November 7, 2013 Order, [dkt. 148].

Mr. Crissen is **ORDERED** to file any response to the motion by **January 31, 2014**. Vinod Gupta, Satyabala Gupta, and Wiper are **ORDERED** to file any reply by **February 4, 2014 at noon**. The Court sets the Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order, [dkt. 195], for hearing on **February 5, 2014 at 10:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Each side shall have fifteen minutes for argument. The motion will be heard in addition to several other matters set for hearing that day. Attorney Jesse Rochman must attend the hearing in person, and be prepared to answer any questions the Court may have.

1

**Distribution via ECF only to all counsel of record**