UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, VIVEK V. GUPTA and BANCO POPULAR NORTH AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MINUTE ENTRY
### January 7, 2014

At counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on January 10, 2014, for an informal, unscheduled discovery conference. Plaintiff was represented by counsel, John S. Sandberg. The Vinod Gupta Defendants were represented by counsel, Stephen E. Arthur. Defendant Banco Popular North America was represented by counsel, A. Richard Blaiklock. Defendant Vivek Gupta was represented by counsel, David P. Friedrich.

No formal orders were entered, and the conference was not held on the record.

The Magistrate Judge indicated that he would allow the deposition of Mr. Crissen only to be taken out of time with respect to the current scheduling order.

-2-

The parties have agreed to reschedule a deposition set for January 8, 2014, because of inclement weather.

**Entered:**   January 28, 2014

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**