UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, VIVEK V. GUPTA and BANCO POPULAR NORTH AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC DISCOVERY CONFERENCE**

At counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on January 15, 2014, for an informal, unscheduled discovery conference. The parties were represented by counsel. The conference was not held on the record.

Thereupon the following **ORDERS** are entered:

1. Certain materials were provided to Plaintiff's counsel by the Bank, which the Bank believes are subject to the clawback provisions of the current Protective Order. Those materials were provided on a disk and were downloaded to a server in the Plaintiff's counsel's office. Plaintiff's counsel began reviewing the materials prior to being notified that the Bank wished the materials to be returned. Plaintiff's counsel has now returned the disk; however, certain materials remain on his server. Plaintiff's counsel is **ORDERED** not to access the server until a formal ruling has entered concerning whether the materials,

which are not attorney-client privilege or work product, but may be documents which were not to be produced pursuant to the terms of an earlier Protective Order, are subject to the clawback provisions in the Court's Protective Order entered June 19, 2013. (Dkt. 47.)

    2. The parties should provide a proposed, compressed briefing schedule on the merits of the applicability of the Protective Order to the materials inadvertently produced.

    3. The Magistrate Judge concludes that the Subpoena which directed compliance in Missouri must be first addressed by the appropriate Missouri district court under the version of Fed. R. Civ. P. 45(f), effective December 1, 2013.

    4. Counsel for the Gupta Defendants advised the Magistrate Judge that they would be filing a Motion for Sanctions which might include a request for dismissal of the claim. No formal order was entered with respect to that motion, but the parties discussed the procedure.

    This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

    **SO ORDERED.**

**Dated:** January 28, 2014

                                                  William G. Hussmann, Jr.
                                                United States Magistrate Judge
                                                Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**