UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| VINOD C. GUPTA, et | ) |
| SATYABALA V. GUPTA, | )   No. 2:12-cv-00355-JMS-WGH |
| WIPER CORPORATION, | ) |
| VIVEK V. GUPTA, and | ) |
| BANCO POPULAR NORTH AMERICA, | ) |
| | ) |
| Defendants. | ) |

## **ENTRY**

The February 5, 2014 motions hearing is vacated and will be reset by telephonic scheduling conference.

The telephone conference is set for <u>February 4, 2014 at 10:00 a.m.</u> Counsel shall call 317-229-3670 to be transferred into the conference bridge.

Date: 02/03/2014

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

<u>Distribution via ECF to:</u>

Gregory A. Blue
DILWORTH PAXSON LLP
gblue@dilworthlaw.com

Joshua D. Wolson
DILWORTH PAXSON, LLP
jwolson@dilworthlaw.com

David J. Theising
HARRISON & MOBERLY
dtheising@harrisonmoberly.com

Marc Allen William Stearns
HARRISON & MOBERLY
mstearns@harrisonmoberly.com

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@harrisonmoberly.com

Edward D. Thomas
LEWIS WAGNER LLP
ethomas@lewiswagner.com

A. Richard Blaiklock
LEWIS WAGNER, LLP
rblaiklock@lewiswagner.com

John S. Sandberg
SANDBERG PHOENIX & VON GONTARD PC
jsandberg@sandbergphoenix.com

Bhavik R. Patel
SANDBERG PHOENIX & VON GONTARD, P.C.
bpatel@sandbergphoenix.com

Jesse B. Rochman
Sandberg Phoenix & Von Gontard P.C.
jrochman@sandbergphoenix.com

David P. Friedrich
WILKINSON GOELLER MODESITT WILKINSON AND DRUMMY
dpfriedrich@wilkinsonlaw.com