UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>    v.<br><br>VINOD C. GUPTA et al.,<br><br>                  Defendants. | Case No. 2:12-cv-00355-JMS-WGH |

**AGREED MOTION FOR BRIEF ENLARGEMENT OF TIME TO
FILE REPLY IN SUPPORT OF MOTION TO DISMISS OR FOR
OTHER OR FURTHER SANCTIONS FOR VIOLATION OF
<u>PROTECTIVE ORDER</u>**

The Defendants Vinod C. Gupta, Satyabala V. Gupta, and Wiper Corporation ("Gupta Defendants"), by counsel, respectfully move the Court for a brief enlargement of time within which to file their Reply in Support of Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order (the "Reply"), and in support thereof show the Court that:

    1.    One week ago, on January 27, 2104, the Gupta Defendants served and filed herein their Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order, and Brief in Support thereof.

    2.    Last Friday, January 31, 2014, the Plaintiff served and filed herein his "Plaintiff's Response Brief in Opposition to Gupta Defendants' Motion for Sanctions."

    3.    Pursuant to the Court's January 28, 2014 Order (Dkt. 198), the deadline for the Gupta Defendants to file their Reply is 12:00 noon today, February 4, 2014, and said time has not yet expired.

    4.    Said deadline was presumably established because, also pursuant to the Court's

January 28, 2014 Order (Dkt. 198), a hearing on said Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order was scheduled for February 5, 2014 at 10:00 a.m.

5. Pursuant to a scheduling conference call this morning, February 4, 2014, the hearing on said Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order was re-scheduled for February 28, 2014 at 10:00 a.m.

6. The undersigned counsel for the Gupta Defendants was out of the country last week, and just returned to Indianapolis approximately 36 hours ago. By reason thereof, counsel for the Gupta Defendants reasonably requires a brief enlargement of time – through and including the end of today (instead by noon today), February 4, 2014 – within which to file the Gupta Defendants' Reply.

7. This motion is filed for good cause, and not for purposes of vexation or undue delay.

8. In accordance with S.D. Ind L.R. 6-1(a), the undersigned counsel for the Gupta Defendants contacted counsel for the Plaintiff to solicit his agreement to the relief requested herein, and counsel for Crissen stated that he had no objection to the brief enlargement of time requested herein.

WHEREFORE, the Gupta Defendants respectfully pray for a brief enlargement of time through the end of the day today, February 4, 2014, within which to file their Reply, and for all just and proper relief in the premises.

    Respectfully submitted,

    HARRISON & MOBERLY, LLP

    */s/ David J. Theising*
    David J. Theising
    Stephen E. Arthur
    Marc A.W. Stearns
    HARRISON & MOBERLY, LLP

      10 West Market Street, Suite 700
      Indianapolis, Indiana  46204
      Telephone:     (317) 639-4511
      Facsimile:       (317) 639-9565
      Email: dtheising@harrisonmoberly.com
             sarthur@harrisonmoberly.com
             mstearns@harrisonmoberly.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 4th day of February, 2014, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

Edward D. Thomas
A. Richard Blaiklock

Gregory A. Blue
Joshua D. Wolson
DILWORTH PAXSON, LLP
99 Park Avenue, Suite 320
New York, New York  10016
Email: gblue@dilworthlaw.com
Email: jwolson@dilworthlaw.com

David P. Friedrich
WILKINSON,GOELLER,

| | |
|---|---|
| LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, Indiana  46202-6146<br>Email: ethomas@lewiswagner.com<br>Email: rblaiklock@lewiswagner.com | MODESITT,WILKINSON<br> & DRUMMY, LLP<br>333 Ohio Street<br>Terre Haute, Indiana  47807<br>Email:DPFreidrich@wilkinsonlaw.com |

*/s/ David J. Theising*

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:      (317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants Vinod C. Gupta,
  Satyabala V. Gupta and Wiper Corporation