UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|   *vs.* | ) | 2:12-cv-00355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. GUPTA, | ) | |
| WIPER CORPORATION, VIVEK V. GUPTA, and | ) | |
| BANCO POPULAR NORTH AMERICA, | ) | |
|     *Defendants*. | ) | |

## ORDER

A hearing on Vinod Gupta's Objection, [dkt. 171], and on several pending motions, [dkts. 164; 191; 195], is set for **February 28, 2014 at 10:00 a.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. All individuals the Court previously ordered to attend the February 5, 2014 hearing must attend the February 28, 2014 hearing. [*See* dkts. 189; 194; 198.] Additionally, the times allotted for argument that are set forth in the Orders relating to the February 5, 2014 hearing also apply to the February 28, 2014 hearing. [*Id.*]

02/04/2014

                                                          Hon. Jane Magnus-Stinson, Judge
                                                          United States District Court
                                                           Southern District of Indiana

**Distribution via ECF only to all counsel of record**