UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA et al., | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING GUPTA DEFENDANTS' AGREED MOTION FOR
BRIEF ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF
MOTION TO DISMISS OR FOR OTHER OR FURTHER SANCTIONS
FOR VIOLATION OF PROTECTIVE ORDER**

This matter comes before the Court on the Agreed Motion for Brief Enlargement of Time to File Reply in Support of Motion to Dismiss or for Other or Different Sanctions for Violation of protective Order of the Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation;

And the Court, having considered said agreed motion and being duly advised in the premises, now finds that said agreed motion is proper and should be granted.

IT IS THEREFORE ORDERED that said agreed motion is granted and that the Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation shall have through the end of the day on February 4, 2014 within which to file their Reply in Support of Motion to Dismiss or for Other or Further Sanctions for Violation of Protective Order.

02/05/2014
_____
DATE

*Jane Magnus-Stinson* (signature)
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

Edward D. Thomas
A. Richard Blaiklock
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana  46202-6146
Email: ethomas@lewiswagner.com
Email: rblaiklock@lewiswagner.com

David J. Theising
Stephen E. Arthur
Marc A. W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Email: dtheising@harrisonmoberly.com
         sarthur@harrisonmoberly.com
         mstearns@harrisonmoberly.com

Gregory A. Blue
Joshua D. Wolson
DILWORTH PAXSON, LLP
99 Park Avenue, Suite 320
New York, New York  10016
Email: gblue@dilworthlaw.com
Email: jwolson@dilworthlaw.com

David P. Friedrich
WILKINSON, GOELLER,
  MODESITT, WILKINSON
  & DRUMMY, LLP
333 Ohio Street
Terre Haute, Indiana  47807
Email: DPFreidrich@wilkinsonlaw.com