UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-cv-355-JMS-WGH |
| ) | |
| VINOD C. GUPTA, SATYABALA V. ) | |
| GUPTA, WIPER CORPORATION, ) | |
| VIVEK V. GUPTA and BANCO ) | |
| POPULAR NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

## MINUTE ENTRY
### January 31, 2014

At counsel's request, this matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on January 31, 2014, for an unscheduled discovery conference. The parties were represented by counsel.

The parties were involved in a deposition of a Banco Popular witness. The parties discussed whether attorney Jesse B. Rochman should be present during the examination of the witness with respect to certain documents marked as "Confidential." The Magistrate Judge discussed the scope of his intended order which prohibits Mr. Rochman from reviewing certain personal financial information of the Gupta Defendants. It was agreed by the parties that, out of an abundance of caution, Mr. Rochman would not be in the room for the discussion of certain documents which might contain references to the Gupta

Defendants' personal financial condition.  He is not required to be removed from the room for questions concerning documents which Banco Popular maintains in the regular course of business dealing with specific pieces of property.

**Entered:** February 12, 2014                    _____
                                                                              William G. Hussmann, Jr.
                                                                              United States Magistrate Judge
                                                                              Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**