UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, )<br>    *Plaintiff*, )<br>)<br>    *vs.* )<br>)<br>VINOD C. GUPTA, SATYABALA V. GUPTA, )<br>WIPER CORPORATION, and VIVEK V. GUPTA, )<br>    *Defendants.* ) | 2:12-cv-00355-JMS-WGH |

## **ORDER**[1]

Presently pending before the Court is a Joint Motion to Vacate and Reschedule Due Date for Responses to Plaintiff's Motion for Class Certification filed by Defendants Vinod Gupta, Satyabala Gupta, Wiper Corporation, and Vivek Gupta. [Filing No. 211.] After reviewing the parties' briefs on the motion, the Court finds that the February 27, 2014 deadline for the Defendants to respond to Plaintiff Joshua Crissen's Motion for Class Certification, [Filing No. 90], should be re-set for after the Court has ruled on several other pending motions and the pending objection to the magistrate's order, and after Vivek Gupta has deposed Mr. Crissen.

Accordingly, the Court **GRANTS** Defendants' Joint Motion to Vacate and Reschedule Due Date for Responses to Plaintiff's Motion for Class Certification, [Filing No. 211], to the extent that the deadline for Defendants' responses to the Motion for Class Certification shall be **14 days after the Court rules on the pending objection and motions that are the subject of the February 28, 2014 hearing**, [Filing No. 164; Filing No. 171; Filing No. 191; Filing No. 195], **or 14 days after the parties receive the transcript of the upcoming deposition of Mr. Crissen, whichever date is later**.

---

[1] As part of the Court's pilot program regarding hyperlinking in Court filings, this Order contains hyperlinks to documents previously filed in this case. Instead of the citation format "dkt. __ at __" used previously in this case, the Court now uses "Filing No. __, at ECF p. __" as its citation format.

**Distribution via ECF only to all counsel of record**