UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, and VIVEK V. GUPTA, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT REPORT TO COURT

Come now the Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation, by counsel, and pursuant to this Court's Order of April 15, 2014 herein (Filing No. 234) submit the following Joint Report on behalf of all parties to this action:

1.      In late March, 2014, the parties received the transcript of the deposition of Joshua B. Crissen taken in this action on March 12, 2014.

2.      On April 14, 2014, this Court issued its rulings on the motions that were the subject of the February 28, 2014 hearing before this Court.

3.      Pursuant to this Court's Order of February 20, 2014 (Filing No. 219), responses to the Plaintiff's Motion for Class Certification (Filing No. 90) are currently due to be filed herein by April 28, 2014.

4.      The undersigned counsel for the Defendants Vinod C. Gupta, Satyabala V. Gupta and Wiper Corporation has, this 21st day of April, 2014, circulated this Joint Report to Court to

counsel for all of the other parties to this action for their review and approval, and said counsel

have authorized the undersigned counsel to represent to this Court that they join in this Report.

Respectfully submitted,


HARRISON & MOBERLY, LLP

*/s/ David J. Theising*
David J. Theising
Stephen E. Arthur
Marc. A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:     (317) 639-9565
Email: dtheising@harrisonmoberly.com
          sarthur@harrisonmoberly.com
          mstearns@harrisonmoberly.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 21st day of April, 2014, a copy of the foregoing *Joint Report to Court* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri  63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

David P. Friedrich
WILKINSON,GOELLER,
 MODESITT,WILKINSON
 & DRUMMY, LLP
333 Ohio Street
Terre Haute, Indiana  47807
Email:DPFreidrich@wilkinsonlaw.com



                                             */s/ David J. Theising*


David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:      (317) 639-9565
Email:  dtheising@harrisonmoberly.com

Counsel for Defendants Vindod C. Gupta,
  Satyabala V. Gupta and Wiper Corporation