*Exh 83*

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

2346.\
3/19/10

DIRECT CORRESPONDENCE TO:
ONE CITY CENTRE - 15th FLOOR
515 NORTH SIXTH STREET
ST. LOUIS, MO 63101-1804
314-231-3332 OR 800-225-5529
FAX - 314-241-7604
WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

MARCH 4, 2010
INVOICE NO: 265611

*Sabre # 7867*
*pd 3/19/10*

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH FEBRUARY 28, 2010

RE: SABRE GROUP, LLC - GENERAL

## REMITTANCE ADVICE

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $1,732.50 |
| TOTAL COSTS ADVANCED | $613.98 |
| TOTAL THIS INVOICE | $2,346.48 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.**



EXHIBIT B

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
ONE CITY CENTRE - 15th FLOOR
515 NORTH SIXTH STREET
ST. LOUIS, MO 63101-1804
314-231-3332 OR 800-225-5529
FAX - 314-241-7604
WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

MARCH 4, 2010
INVOICE NO: 265611

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH FEBRUARY 28, 2010

RE: SABRE GROUP, LLC - GENERAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 02/07/10 | BRP | ANALYZE STATUS OF VARIOUS MATTERS AND REVIEW FILES | 1.10 | 247.50 |
| 02/10/10 | BRP | FOLLOW UP CONVERSATION WITH MR. HUGHES; CORRESPONDENCE WITH MR. HUGHES REGARDING REQUEST FOR CERTAIN DOCUMENTATIONS FOR TAX SALE IN INDIANA; CALL WITH BARRETT RE STATUS OF SAME | .60 | 135.00 |
| 02/11/10 | BRP | FURTHER ANALYZE BONUS AGREEMENTS AND FURTHER PREPARE SAME; RESEARCH VARIOUS INCOME TAX CONSEQUENCES FOR RESTRUCTURING PRO RATA LOSS AND PROFITS TO OWNERSHIP PERCENTAGES | 1.80 | 405.00 |
| 02/12/10 | BRP | MULTIPLE CALLS AND CORRESPONDENCES TO AND FROM MR. HUGHES REGARDING REQUESTED INFORMATION; CALL WITH BARRETT RE STATUS OF VARIOUS MATTERS | .80 | 180.00 |
| 02/13/10 | BRP | RESEARCH TAXABILITY ASPECTS OF RECAP STRATEGY AND SUBSTANTIAL ECONOMIC EFFECT TO DISTRIBUTION OF LOSSES AND PROFITS | 1.40 | 315.00 |
| 02/16/10 | BRP | CALL WITH MR. HUGHES REGARDING STATUS OF DOCUMENT REQUEST | .20 | 45.00 |

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
ONE CITY CENTRE - 15th FLOOR
515 NORTH SIXTH STREET
ST. LOUIS, MO 63101-1804
314-231-3332 OR 800-225-5529
FAX - 314-241-7604
WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL
CLIENT/MATTER:   06107-00001

MARCH 4, 2010
INVOICE NO: 265611
PAGE   2

```
02/17/10 BRP CALL WITH CLIENT RE STATUS OF INDIANA DOCUMENTS    1.10    247.50
             AND LIVINGSTON COUNTY BANKRUPTCY; ANALYZE
             VARIOUS ISSUES WITH CACR STATUS; CALL TO MR.
             HUGHES REGARDING STATUS

02/23/10 BRP CORRESPONDENCE WITH MR. HUGHES RE STATUS            .20     45.00

02/26/10 BRP CONFERENCE WITH BANKRUPTCY ATTORNEY REGARDING       .50    112.50
             STATUS OF MATTER; CALL WITH BARRETT RE SAME;
             ANALYZE INFORMATION PROVIDED BY JULIE RE SAME


             ***SUB-TOTAL - PROFESSIONAL SERVICES***                  $1,732.50


    *-------------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*  RATE   HOURS    %          FEES      %
    B PATEL         SHAREHOLDER I   225.00   7.70  100.0      1732.50   100.0
                        TOTALS               7.70             1732.50
```

COSTS ADVANCED

```
02/24/10 DUPLICATING EXPENSE (OUTSIDE) - SRI, INC.              575.00
         DOCUMENT PRODUCTION-SPECIAL DATA FILE FOR
         RECORDS RELATING TO WILLIAM GROOM AND VINNE
         GUPTA
02/28/10 LONG DISTANCE, POSTAGE, COPYING                         38.98


         ***SUB-TOTAL COSTS ADVANCED***                                $613.98


         ***TOTAL AMOUNT THIS INVOICE***                             $2,346.48
```

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
ONE CITY CENTRE - 15th FLOOR
515 NORTH SIXTH STREET
ST. LOUIS, MO 63101-1804
314-231-3332 OR 800-225-5529
FAX - 314-241-7604
WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676 ACCT #4466975

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL
CLIENT/MATTER: 06107-00001

MARCH 4, 2010
INVOICE NO: 265611
PAGE 3