*EXH 85*

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

239.64
5/14/10

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

*Sabre #8865*
*pd 5/14/10*

MAY 6, 2010
INVOICE NO: 268163

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH APRIL 30, 2010

RE: SABRE GROUP, LLC - GENERAL

## REMITTANCE ADVICE

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $2,317.50 |
| TOTAL COSTS ADVANCED | $52.14 |
| TOTAL THIS INVOICE | $2,369.64 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.**


EXHIBIT C

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

MAY 6, 2010
INVOICE NO: 268163

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH APRIL 30, 2010

RE: SABRE GROUP, LLC - GENERAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/10 | BRP | MEET WITH CLASS ACTION ATTORNEY REGARDING INTEREST IN POTENTIAL SUIT | 1.60 | 360.00 |
| 04/02/10 | BRP | CALL WITH BARRETT RE REAL ESTATE APPRAISAL AND CALL WITH CHUCK DECKER RE SAME | .60 | 135.00 |
| 04/05/10 | BRP | MULTIPLE CALLS WITH CHUCK DECKER AND MULTIPLE CALLS WITH BARRETT REGARDING REAL ESTATE APPRAISER FOR RAILROAD YARDS | .80 | 180.00 |
| 04/06/10 | BRP | MULTIPLE CALLS FROM CLIENT RE VARIOUS MATTERS | .80 | 180.00 |
| 04/07/10 | BRP | MULTIPLE CALL WITH CLIENTS; CALL TO OUTSIDE LAW FIRM REGARDING INDIANA MATTER | .80 | 180.00 |
| 04/09/10 | BRP | MULTIPLE CALLS WITH CLIENT REGARDING VARIOUS MATTERS | .60 | 135.00 |
| 04/14/10 | BRP | CALL FROM KYLE BAKER OF WESTERN & SOUTHERN FINANCIAL | .60 | 135.00 |

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:  
600 WASHINGTON - 15th FLOOR  
ST. LOUIS, MO 63101-1313  
314-231-3332 OR 800-225-5529  
FAX - 314-241-7604  

WWW.SANDBERGPHOENIX.COM  
FED. I.D. 43-1186987  

REMITTANCE ADDRESS:  
P.O. Box 66726  
ST. LOUIS, MO 63166-6726  
WIRE INSTRUCTIONS:  
MIDWEST BANK CENTRE  
ABA #081000676  ACCT #4466975  

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL  
CLIENT/MATTER: 06107-00001  

MAY 6, 2010  
INVOICE NO: 268163  
PAGE 2  

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/10 | BRP | MEETING WITH CLIENT RE STATUS OF VARIOUS MATTERS AND TO ANALYZE INSURANCE ISSUES; FURTHER MEET WITH CLIENT TO EXECUTE APPLICATIONS; CALL TO PROBATE LEGAL TO DISCUSS ISSUES IWTH TERMINATION OF INDEPENDANT SUPERVISION | 1.30 | 292.50 |
| 04/23/10 | BRP | CALL TO STEVEN TILLERY LAW FIRM AND SIMMONS LAW FIRM RE INDIANA MATTER; FURTHER ANALYZE MATTERS RE SAME | .80 | 180.00 |
| 04/26/10 | BRP | CALL FROM BARRETT RE STATUS OF VARIOUS MATTERS | .60 | 135.00 |
| 04/27/10 | BRP | CALL WITH TED GENERIS REGARDING INDIANA MATTER AND CALL TO BOB HUGHES REGARDING ADDITIONAL INFORMATION ON TAX SALES | .60 | 135.00 |
| 04/30/10 | BRP | CALL WITH MARY LITTLE REGARDING VARIOUS TAX MATTERS; CALCULATE TOTAL ASSETS AND LIABILITIES FOR INSURANCE PURPOSES; CALL TO INSURANCE BROKER RE SAME; CALL FROM ARNOLD LAW OFFICE REGARDING MANKIS MATTER | 1.20 | 270.00 |

***SUB-TOTAL - PROFESSIONAL SERVICES***            $2,317.50

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE   HOURS    %      FEES      %
B PATEL        SHAREHOLDER I   225.00   10.30  100.0   2317.50  100.0
                     TOTALS            10.30          2317.50
```

04/30/10 LONG DISTANCE, POSTAGE, COPYING            52.14

***SUB-TOTAL COSTS ADVANCED***                      $52.14

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL
CLIENT/MATTER:   06107-00001

MAY 6, 2010
INVOICE NO: 268163
PAGE  3

```
                ***TOTAL AMOUNT THIS INVOICE***                       $2,369.64
```