EXH 86

2520.46
8/2/10

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:  
600 WASHINGTON - 15th FLOOR  
ST. LOUIS, MO 63101-1313  
314-231-3332 OR 800-225-5529  
FAX - 314-241-7604  

WWW.SANDBERGPHOENIX.COM  
FED. I.D. 43-1186987  

REMITTANCE ADDRESS:  
P.O. Box 66726  
ST. LOUIS, MO 63166-6726  
WIRE INSTRUCTIONS:  
MIDWEST BANK CENTRE  
ABA #081000676  ACCT #4466975  

BILLING ATTORNEY - BRP  

SABRE GROUP, LLC  
P.O. BOX 3074  
CARBONDALE, IL 62902  

JULY 16, 2010  
INVOICE NO: 271049  

Sabre # 9158  
pd 8/2/10

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH JUNE 30, 2010

RE:  SABRE GROUP, LLC - GENERAL

## REMITTANCE ADVICE

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $2,465.00 |
| TOTAL COSTS ADVANCED | $55.46 |
| TOTAL THIS INVOICE | $2,520.46 |

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS REMITTANCE ADVICE WITH YOUR PAYMENT.**


EXHIBIT D

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

JULY 16, 2010
INVOICE NO: 271049

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH JUNE 30, 2010

RE: SABRE GROUP, LLC - GENERAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/10 | BRP | CALL WITH INDIANA ATTORNEY RE VARIOUS ISSUES | .30 | 67.50 |
| 06/02/10 | BRP | CALL FROM BARRETT RE INDIANA MATTER | .60 | 135.00 |
| 06/03/10 | BRP | ANALYZE INDIANA CASE LAW; CALL WITH BARRETT RE INDIANA MATTER; RESEARCH VARIOUS ISSUES REGARDING CLASS ACTION SUIT | 1.10 | 247.50 |
| 06/03/10 | BAH | RESEARCH CHAMPERTY AND ITS APPLICABILITY IN INDIANA WHEN A LAWSUIT MIGHT BE BROUGHT FOR FRAUD AFTER REDEMPTION OF A PIECE OF PROPERTY | .70 | 52.50 |
| 06/04/10 | BAH | RESEARCH AND ANALYZE INDIANA AND FEDERAL CASELAW TO DETERMINE IF CHAMPERTY OR CLEAN HANDS DOCTRINE APPLIES TO PURCHASE OF PROPERTY THAT IS SUBJECT TO REDEMPTION AND A LAWSUIT REGARDING THAT REDEMPTION | 1.30 | 97.50 |
| 06/07/10 | BRP | CALL WITH BARRETT RE VARIOUS MATTERS | .40 | 90.00 |
| 06/07/10 | BRP | FURTHER ANALYZE AND RESEARCH UNCLEAN HANDS AND CHAMPERTY ISSUES WITH INDIANA MATTER; CALL TO MR. HUGHES REGARDING ADDITIONAL INFORMATION REQUESTED | .50 | 112.50 |

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL
CLIENT/MATTER: 06107-00001

JULY 16, 2010
INVOICE NO: 271049
PAGE  2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/10 | BAH | DRAFT MEMO REGARDING CHAMPERTY AND CLEAN HANDS DEALING IN INDIANA COURTS AND THE 7TH CIRCUIT AND WHETHER A CLAIM FOR FRAUD CAN BE BROUGHT AFTER REDEMPTION OF REAL ESTATE THAT THE BUYER BOUGHT AND REDEEMED KNOWING HE WOULD BRING THE CLAIM | .90 | 67.50 |
| 06/08/10 | BRP | REVIEW AND REVISE AND UPDATE SPREADSHEET COMPILING TAX SALES IN THE STATE OF INDIANA | 1.00 | 225.00 |
| 06/09/10 | BRP | REVIEW FILE AND FURTHER RESEARCH VARIOUS ISSUES REGARDING INDIANA MATTER; CALL WITH SIMMONS LAW GROUP RE STATUS; CALL TO MR. HUGHES RE ADDITIONAL INFORMATION REQUIRED FOR ASSESSMENT | .80 | 180.00 |
| 06/09/10 | BRP | MEETING WITH INSURANCE AGENT REGARDING UNDERWRITING; REVIEW AND ANALYZE NEW NUMBERS RESULTING FROM UNDERWRITING; CALL WITH BARRETT RE SAME; OUTLINE 1033 EXCHANGE FOR EXISTING INSURANCE POLICIES FOR NEW CONSOLIDATED INSURANCE POLICIES; REVIEW FILE; RESEARCH VARIOUS ISSUES RE SAME | 1.90 | 427.50 |
| 06/10/10 | BRP | CALL FROM BARRETT RE VARIOUS MATTERS; REVIEW FILE; MULTIPLE CALLS WITH CO-COUNSEL REGARDING INDIANA MATTER | .90 | 202.50 |
| 06/14/10 | BRP | CALL WITH CLIENT REGARDING STATUS OF VARIOUS MATTERS; REVIEW FILE | .60 | 135.00 |
| 06/17/10 | BRP | REVIEW FILE; CALL FROM CLIENT REGARDING STATUS OF VARIOUS MATTERS | .40 | 90.00 |
| 06/22/10 | DTC | LEGAL STRATEGY AND ANALYSIS REGARDING EXCHANGE OF CERTAIN INSURANCE POLICIES AND CONVERSION OF OTHERS | 1.00 | 245.00 |

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:  
600 WASHINGTON - 15th FLOOR  
ST. LOUIS, MO 63101-1313  
314-231-3332 OR 800-225-5529  
FAX - 314-241-7604  

WWW.SANDBERGPHOENIX.COM  
FED. I.D. 43-1186987  

REMITTANCE ADDRESS:  
P.O. Box 66726  
ST. LOUIS, MO 63166-6726  
WIRE INSTRUCTIONS:  
MIDWEST BANK CENTRE  
ABA #081000676  ACCT #4466975  

BILLING ATTORNEY - BRP  

RE: SABRE GROUP, LLC - GENERAL  
CLIENT/MATTER:   06107-00001  

JULY 16, 2010  
INVOICE NO: 271049  
PAGE  3  

---

```
06/22/10 BRP CALL FROM DENNIS BYRD REGARDING INSURANCE           .40      90.00
            MATTER


            ***SUB-TOTAL - PROFESSIONAL SERVICES***                    $2,465.00


*-------------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*     RATE    HOURS     %          FEES       %
 D CHRISTOFFERSE SHAREHOLDER II    245.00   1.00    7.8        245.00     9.9
 B PATEL         SHAREHOLDER I     225.00   8.90   69.5       2002.50    81.2
 B HALTENHOF     PARALEGAL I        75.00   2.90   22.7        217.50     8.8
                 TOTALS                    12.80              2465.00

06/30/10 LONG DISTANCE, POSTAGE, COPYING                          55.46

            ***SUB-TOTAL COSTS ADVANCED***                                $55.46


            ***TOTAL AMOUNT THIS INVOICE***                           $2,520.46
```