EXH 87

8/24/10

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

Sabre #9263
pd 8/26/10

AUGUST 16, 2010
INVOICE NO: 272109

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH JULY 31, 2010

RE: SABRE GROUP, LLC - GENERAL

## REMITTANCE ADVICE

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $2,740.50 |
| TOTAL COSTS ADVANCED | $61.66 |
| TOTAL THIS INVOICE | $2,802.16 |

TO ENSURE PROPER CREDIT, PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.



EXHIBIT E

# SANDBERG PHOENIX & von GONTARD P.C.
ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:
600 WASHINGTON - 15th FLOOR
ST. LOUIS, MO 63101-1313
314-231-3332 OR 800-225-5529
FAX - 314-241-7604

WWW.SANDBERGPHOENIX.COM
FED. I.D. 43-1186987

REMITTANCE ADDRESS:
P.O. Box 66726
ST. LOUIS, MO 63166-6726
WIRE INSTRUCTIONS:
MIDWEST BANK CENTRE
ABA #081000676  ACCT #4466975

BILLING ATTORNEY - BRP

SABRE GROUP, LLC
P.O. BOX 3074
CARBONDALE, IL 62902

AUGUST 16, 2010
INVOICE NO: 272109

CLIENT/MATTER - 06107-00001

FOR PROFESSIONAL SERVICE RENDERED THROUGH JULY 31, 2010

RE: SABRE GROUP, LLC - GENERAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/10 | BRP | REVIEW AND REVISE LETTER TO CLIENT REGARDING INSURANCE MATTERS | .60 | 135.00 |
| 07/07/10 | BRP | FURTHER ANALYZE AND PREPARE FOR INDIANA MATTER | .80 | 180.00 |
| 07/08/10 | BRP | REVIEW FILE; CALL FROM BARRETT REGARDING VARIOUS MATTERS AND FURTHER RESEARCH ISSUES REGARDING INDIANA MATTER | .80 | 180.00 |
| 07/12/10 | BRP | CALL WITH BARRETT RE STATUS OF MATTERS; CALL WITH INDIANA REGARDING CLASS ACTION MATTER; CALL WITH PNC BANK REGARDING BANKING RELATIONSHIPS | .80 | 180.00 |
| 07/13/10 | BRP | REVIEW FILE AND MULTIPLE CALLS WITH CLIENT RE INSURANCE AND OTHER MATTERS | .50 | 112.50 |
| 07/14/10 | BRP | MULTIPLE CALLS WITH CLIENTS REGARDING INSURANCE MATTERS AND VARIOUS OTHER MATTERS | .90 | 202.50 |
| 07/14/10 | BRP | CALL WITH SRI REGARDING ADDITIONAL INFORMATION REQUESTED FOR OTHER TAX PURCHASERS; REVIEW FILE; CALL WITH LOCAL COUNSEL RE SAME; REVIEW CORRESPONDENCE FROM SABRE GROUP RE SAME | 1.10 | 247.50 |

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:  
600 WASHINGTON - 15th FLOOR  
ST. LOUIS, MO 63101-1313  
314-231-3332 OR 800-225-5529  
FAX - 314-241-7604  

WWW.SANDBERGPHOENIX.COM  
FED. I.D. 43-1186987  

REMITTANCE ADDRESS:  
P.O. Box 66726  
ST. LOUIS, MO 63166-6726  
WIRE INSTRUCTIONS:  
MIDWEST BANK CENTRE  
ABA #081000676 ACCT #4466975  

BILLING ATTORNEY - BRP

RE: SABRE GROUP, LLC - GENERAL  
CLIENT/MATTER: 06107-00001  

AUGUST 16, 2010  
INVOICE NO: 272109  
PAGE 2  

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/10 | BRP | CALL WITH BRUCE DYKE REGARDING BANKING RELATIONSHIP WITH SABRE GROUP | .40 | 90.00 |
| 07/16/10 | BRP | CALL TO JIM HUGHES REGARDING ADDITIONAL INFORMATION NEEDED RE TAX SALES; MULTIPLE CALLS WITH CLIENT REGARDING VARIOUS ISSUES REGARDING INDIANA MATTER; CALL TO BANKRUPTCY TRUSTEE TO DETERMINE STATUS OF CACR MATTER; CALL TO CLIENT RE VARIOUS OTHER MATTERS INCLUDING INSURANCE ISSUES; CALL TO BROKER RE SAME | 2.30 | 517.50 |
| 07/19/10 | BRP | CALL TO JIM HUGHES RE ADDITIONAL INFORMATION REQUESTED | .20 | 45.00 |
| 07/20/10 | TEB | CONFERENCE WITH BHAVIK PATEL RE INDIANA TAX SALES AND POTENTIAL CONTINGENCY CASE; DISCUSS SAME AND REVIEW LEGAL RESEARCH MEMO | .90 | 220.50 |
| 07/22/10 | BRP | MULTIPLE CALLS FROM CLIENT RE STATUS OF VARIOUS MATTERS INCLUDING INDIANA MATTER AND INSURANCE MATTER | .70 | 157.50 |
| 07/22/10 | BRP | CALL TO POTENTIAL PLAINTIFFS IN CLASS ACTION MATTER; CALL TO LOCAL COUNSEL TO DISCUSS VARIOUS ASPECTS OF CLASS ACTION MATTER | .60 | 135.00 |
| 07/23/10 | BRP | CALL TO MULTIPLE POTENTIAL PLAINTIFFS IN INDIANA MATTER; CAL LTO JIM HUGHES RE ADDITIONAL INFORMATION NEEDED; CALL TO BARRETT RE STATUS | 1.20 | 270.00 |
| 07/29/10 | BRP | CALL FROM BARRETT RE INDIANA MATTER | .30 | 67.50 |

***SUB-TOTAL - PROFESSIONAL SERVICES***  $2,740.50

(CONTINUED ON NEXT PAGE)

# SANDBERG PHOENIX & von GONTARD P.C.
## ATTORNEYS AT LAW

DIRECT CORRESPONDENCE TO:  
600 WASHINGTON - 15th FLOOR  
ST. LOUIS, MO 63101-1313  
314-231-3332 OR 800-225-5529  
FAX - 314-241-7604  

WWW.SANDBERGPHOENIX.COM  
FED. I.D. 43-1186987  

REMITTANCE ADDRESS:  
P.O. Box 66726  
ST. LOUIS, MO 63166-6726  
WIRE INSTRUCTIONS:  
MIDWEST BANK CENTRE  
ABA #081000676  ACCT #4466975  

BILLING ATTORNEY - BRP  

RE: SABRE GROUP, LLC - GENERAL  
CLIENT/MATTER:   06107-00001  

AUGUST 16, 2010  
INVOICE NO: 272109  
PAGE   3  

```
*---------------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*     RATE    HOURS      %         FEES        %
T BERRY, JR.    SHAREHOLDER II    245.00     .90    7.4       220.50      8.0
B PATEL         SHAREHOLDER I     225.00   11.20   92.6      2520.00     92.0
                TOTALS                     12.10             2740.50
```

07/31/10 LONG DISTANCE, POSTAGE, COPYING                       61.66

    ***SUB-TOTAL COSTS ADVANCED***                             $61.66

    ***TOTAL AMOUNT THIS INVOICE***                          $2,802.16