UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:12-cv-00355-JMS-WGH |
| VINOD C. GUPTA, et al. | ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF VINOD C. GUPTA

COMES NOW Vinod C. Gupta, and states:

1. I am an adult person of sound mind, and am competent to make this affidavit.

2. I have personal knowledge of the facts and matters set forth herein.

3. I have reviewed many of the papers filed in the above-captioned action, including Exhibit B ("Exhibit B") to the Plaintiff's First Amended Class Action Complaint [Filing No. 85-3].

4. I have also reviewed information supplied to me by SRI, Inc. ("SRI"), a company headquartered in Indianapolis, Indiana that conducts tax sales for the majority of counties in Indiana and provides information on the properties sold at those tax sales.

5. The information SRI provided to me is set forth in Excel spreadsheets on a disk. SRI's Excel spreadsheets provide pertinent data on most of the properties purchased by me and others at tax sales in Indiana from the years 2002 to 2012 including, but not limited to: (a) sale ID; (b) property ID; (c) property address; (d) owner of property; (e) owner's address; (f)

redeeming party; (g) minimum sale price; (h) date sold; (i) title and notify costs; (j) whether the property was redeemed or sold; and, (k) cost of sale.

6. The information SRI provided to me was in response to my request for a copy of all information SRI provided to counsel for the Plaintiff Joshua Crissen.

7. After a comparison of Exhibit B with the information provided to me by SRI, I have found the following material discrepancies in Exhibit B:

   a. For the properties listed on each line of Exhibit B, the third column of Exhibit B appears to list the name of the owner of the property, not the party who redeemed that property.

   b. Redeemers of at least 167 properties listed in Exhibit B did not pay any Title Search or Notify Costs.

   c. At least 498 properties listed in Exhibit B are listed in Exhibit B more than once, erroneously exaggerating the alleged damages total on page 106 thereof.

8. Based upon the information SRI provided to me, I have calculated and set forth in the table attached hereto as **Exhibit 1** the numbers and percentages of properties that were redeemed by the properties' owners as compared to the numbers and percentages of properties that were redeemed by non-owners. As shown in **Exhibit 1** hereto, a majority of properties have been redeemed by non-owners of the respective properties. As can also be seen in **Exhibit 1**, SRI does not provide identifying information for each person or entity that redeemed properties.

9. Based upon the information SRI provided to me, I have calculated and set forth in **Exhibit 2** hereto the numbers and percentages of properties that were redeemed by non-owners as compared to the numbers and percentages of properties that were redeemed by non-owners that are professional organizations. As shown in **Exhibit 2** hereto, a majority of the properties redeemed by non-owners were redeemed by non-owners that are professional organizations.

These professional organizations include banks, businesses, investment groups, lending agencies and other financial institutions.

10. The professional organizations that have repeatedly redeemed properties that I purchased at tax sales in Indiana include Citi Financial, Bank of America, First Bank & Trust, PNC Bank, MainSource Bank, First Savings Bank, Wells Fargo Bank, N.A., Chase Bank, Green Tree Servicing, and Fifth-Third Bank.

11. I have never received a complaint from any of these professional organizations about paying Title Search or Notify Costs certified by me in connection with the redemption of a property from a tax sale in Indiana.

12. I have retained the original post office-stamped green Certified Mail Receipts for the Notices that were sent pursuant to Ind. Code § 6-1.1-25-4.5 to owners and others with a substantial property interest of record in properties purchased at sales in Indiana from 2006 to present. I have two (2) banker's boxes full of these Certified Mail Receipts that were first made available for inspection and copying by counsel for Joshua Crissen on June 3, 2013. I understand that those two (2) banker's boxes, along with six (6) other banker's boxes full of actual certified mailings sent pursuant to Ind. Code § 6-1.1-25-4.5 to owners and others with a substantial property interest of record in properties purchased at sales in Indiana that were returned by the post office undelivered, were in fact inspected by counsel for Joshua Crissen in my lawyers' office in Indianapolis on September 18, 2013.

13. Attached hereto as **Exhibit 3** are copies of certain of those Certified Mail Receipts for Notices that were sent pursuant to Ind. Code § 6-1.1-25-4.5 to owners and others with a substantial property interest of record in certain properties purchased at sales in Indiana for each year starting in 2007. As shown in **Exhibit 3** hereto, the postage costs incurred and paid

for sending out Notices pursuant to Ind. Code § 6-1.1-25-4.5 to owners and others with a substantial property interest of record varies for each property, depending on the number of Notices sent pursuant to Ind. Code § 6-1.1-25-4.5 to owners and others with a substantial property interest of record as disclosed by the title search for each such property.

I AFFIRM, UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING STATEMENTS ARE TRUE.

_____
Vinod C. Gupta

David J. Theising
Stephen E. Arthur
Marc. A.W. Stearns
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone:   (317) 639-4511
Facsimile:    (317) 639-9565
Email: dtheising@harrisonmoberly.com
         sarthur@harrisonmoberly.com
         mstearns@harrisonmoberly.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the April 28, 2014, a copy of the foregoing *Affidavit of Vinod C. Gupta* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John S. Sandberg
Bhavik R. Patel
Jesse B. Rochman
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Email: jsandberg@sandbergphoenix.com
Email: bpatel@sandbergphoenix.com
Email: jrochman@sandbergphoenix.com

David P. Friedrich
WILKINSON, GOELLER,
 MODESITT, WILKINSON
 & DRUMMY, LLP
333 Ohio Street
Terre Haute, Indiana 47807
Email: DPFreidrich@wilkinsonlaw.com

/s/ David J. Theising

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana 46204
Telephone: (317) 639-4511
Facsimile: (317) 639-9565
Email: dtheising@harrisonmoberly.com

Counsel for Defendants Vinod C. Gupta,
 Satyabala V. Gupta, and Wiper Corporation