UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSHUA B. CRISSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-355-JMS-WGH |
| | ) | |
| VINOD C. GUPTA, SATYABALA V. | ) | |
| GUPTA, WIPER CORPORATION, | ) | |
| and VIVEK V. GUPTA, | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, at 10:00 a.m., on October 24, 2014, for a conference under Rule 16, Federal Rules of Civil Procedure.  Plaintiff was represented by counsel, John S. Sandberg.  Defendants were represented by counsel, David J. Theising, Stephen E. Arthur, and David P. Friedrich.

The Magistrate is proceeding pursuant to Judge Stinson's Order entered August 19, 2014 (Dkt. 273) denying Plaintiff's Motion for Class Certification and directing the Magistrate to establish a schedule for bringing the Plaintiff's individual claims to conclusion.  Thereupon the following **ORDERS** are entered:

1.  Plaintiff requested a 60-day extension of time in which to obtain substitute counsel and a substitute class representative.  Defendants objected to that request.  The Magistrate overruled the objections and will allow Plaintiff to and including November 24, 2014, in which to have new counsel file an entry of

appearance in this case and to amend the Complaint to assert a new class representative.

2.  In the event there is not a newly-filed amended complaint filed by November 24, 2014, then on or before December 1, 2014, Plaintiff shall file a specification of damages detailing with precision his individual claim for damages in this case.

3.  In addition, on or before December 1, 2014, Plaintiff shall file a specification of claims in compliance with Section II(D) of this Court's current form of Uniform Case Management Plan

4.  At this conference, Defendants' counsel has raised the issue of whether this Court has subject matter jurisdiction to proceed with this case at this time. The Magistrate, therefore, directs Plaintiff to show cause by December 1, 2014, as to why this Court will continue to have jurisdiction over the document filed as the First Amended Complaint on August 21, 2013 (Dkt. 85).

5.  Defendants object to the Magistrate's entry of this scheduling order because they believe they have properly argued that this Court lacks subject matter jurisdiction at this time.  However, the Magistrate concludes that the subject matter jurisdiction issues raised during this conference are sufficiently complex that they require a reasoned response; that the current Amended Complaint does contain a claim being brought under federal jurisdiction; and that the Magistrate does have jurisdiction at this time because no motion to dismiss has been granted removing the federal claims pled in the Complaint.

Therefore, this Order is issued over the objection of the Defendants that this Court does not have subject matter jurisdiction.

6.   A **TELEPHONIC STATUS CONFERENCE** is set for **WEDNESDAY, DECEMBER 10, 2014,** at 3:00 p.m., Terre Haute time (EST), before the Magistrate Judge.  **The information needed for counsel to participate in this telephonic conference will be provided by a separate notification.**  The telephonic status conference previously set for November 17, 2014, at 9:30 a.m. (EST), is **VACATED**.

This order has been formulated after a conference at which the respective parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:**  October 28, 2014

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**

3