UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN,<br>    *Plaintiff*, | )<br>)<br>) |
|    *vs.* | )   2:12-cv-00355-JMS-WGH<br>) |
| VINOD C. GUPTA, SATYABALA V. GUPTA,<br>WIPER CORPORATION, and VIVEK V. GUPTA,<br>    *Defendants*. | )<br>)<br>) |

**ORDER**

    Presently pending before the Court are: (1) Plaintiff Joshua Crissen's Motion to Voluntarily Dismiss, [Filing No. 285], to which Defendants Vinod Gupta, Satyabala Gupta, and Wiper Corporation (collectively, "the Gupta Defendants") and former Defendant Banco Popular North America ("BPNA") object, [*see* Filing No. 286; Filing No. 287]; (2) the Gupta Defendants' Motion to Dismiss, which requests dismissal of this action as a sanction for Mr. Crissen's failure to comply with a Court order, [Filing No. 288]; and (3) Mr. Crissen's Motion for Leave to File, which requests leave to file a Specification of Damages and a Response to the Court's Order to Show Cause after their respective deadlines, [Filing No. 294].

    Having reviewed the pending motions and the parties' briefs, the Court **GRANTS** Mr. Crissen's Motion to Voluntarily Dismiss, [Filing No. 285], and **ORDERS** that this matter is **DISMISSED WITH PREJUDICE** as against all parties, with each party to bear its own costs. *See* Fed. R. Civ. P. 41(a)(2). The Court notes that it has not made a merits adjudication in favor of any of the remaining parties, therefore no cost shifting is warranted. To the extent there were tactical improprieties in the manner in which the case was litigated, appropriate sanctions have already been meted out and paid. [*See* Filing No. 230; Filing No. 231; Filing No. 275; Filing No.

276.]  Even though there has been no merits adjudication, the Court finds that given the contentious and protracted nature of the litigation, the dismissal of this action should be **WITH PREJUDICE**.

The Gupta Defendants' Motion to Dismiss, [Filing No. 288], and Mr. Crissen's Motion for Leave to File, [Filing No. 294], are **DENIED AS MOOT**.

Final judgment shall enter accordingly.

January 15, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**