UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA B. CRISSEN, <br>    *Plaintiff*, <br>     *vs.* <br> VINOD C. GUPTA, SATYABALA V. GUPTA, WIPER CORPORATION, and VIVEK V. GUPTA, <br>    *Defendants*. | ) <br> ) <br> ) <br> ) 2:12-cv-00355-JMS-WGH <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order entered this day, and in the Court's January 28, 2014 Order dismissing all claims against former Defendant Banco Popular North America with prejudice, [Filing No. 197], this action is dismissed with prejudice, with each party to bear its own costs.

Dated: January 15, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
      Deputy Clerk

**Distribution via ECF only to all counsel of record**